Official Form 1 (04/10)

| United States Bankruptcy Court<br>*SOUTHERN* DISTRICT OF *CALIFORNIA* | **Voluntary Petition** |
|---|---|

| Name of Debtor   (if individual, enter Last, First, Middle):<br>*Key Turf Construction, Inc.,*<br>*a California Corporation* | Name of Joint Debtor   (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *33-0215319* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor   (No. & Street, City, and State):<br>*2743 Sarver Lane*<br>*San Marcos CA*      ZIPCODE *92069-9758* | Street Address of Joint Debtor   (No. & Street, City, and State):      ZIPCODE |
|---|---|
| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor   (if different from street address):<br>*SAME*      ZIPCODE | Mailing Address of Joint Debtor   (if different from street address):      ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):   *SAME*      ZIPCODE | |

**Type of Debtor**   (Form of organization)

(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**

(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other   *CONSTRUCTION CO.*

**Tax-Exempt Entity**

(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed**   (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**   (Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 11 Debtors:**

**Check one box:**

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee**   (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

---

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Official Form 1 (04/10)                                                                                      **FORM B1, Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>***Key Turf Construction, Inc.,***<br>***a California Corporation*** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br>***NONE*** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor:<br>***NONE*** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____  ***8/24/2011***<br>Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (04/10)                                                                                     FORM B1, Page    3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>*Key Turf Construction, Inc.,*<br>*a California Corporation* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

**X** */s/ CHRISTOPHER V. HAWKINS*
Signature of Attorney for Debtor(s)

*CHRISTOPHER V. HAWKINS CA SBN 222961*
Printed Name of Attorney for Debtor(s)

*SULLIVAN HILL LEWIN REZ & ENGEL*
Firm Name

*550 W. C STREET, SUITE 1500*
Address

*San Diego CA  92101*

*(619)233-4100*
Telephone Number

*8/24/2011*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Michael Key*
Signature of Authorized Individual

*Michael Key*
Printed Name of Authorized Individual

*Vice President*
Title of Authorized Individual

*8/24/2011*
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

In re *Key Turf Construction, Inc.*
    *a California Corporation*

Case No.

Chapter **7**

_____ / Debtor

### STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned Michael Key is Vice President of Key Turf Construction, Inc., a California corporation.  On 08/23/2011 the following resolution was duly adopted by the members of this corporation.

"WHEREAS, it is in the best interests of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that Michael Key, Vice President of this corporation, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

"BE IT FURTHER RESOLVED, that Michael Key, Vice President of this corporation, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that Michael Key, Vice President of this corporation, be and hereby is, authorized and directed to employ CHRISTOPHER V. HAWKINS, Attorney and the law firm of SULLIVAN HILL LEWIN REZ & ENGEL, to represent the corporation in said bankruptcy proceedings."

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Michael Key, Vice President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information, and belief.

Date  08/24/2011 _____

Signature  */s/ Michael Key* _____
                     Michael Key
                     Vice President

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN **DISTRICT OF** CALIFORNIA

In re:   Key Turf Construction, Inc., a California Corp

Case No. _____
Chapter _7_ _____

Debtor
_____/

## STATEMENT OF DEBTOR REGARDING
## CORPORATE OWNERSHIP

☐    **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name:_____
Address:_____

Name:_____
Address:_____

Name: _____
Address:_____

Name:_____
Address:_____

**(For additional names, attach an addendum to this form)**

☑    **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _8/24/2011_____

/s/ Michael Key
_____
Signature of Authorized Individual
For Corporation Debtor

Michael Key
_____
Print Name

Authorized Agent

Vice President
_____
Title

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In re *Key Turf Construction, Inc., a California Corporation*

Case No.

Chapter  **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $           0.00 | | |
| B-Personal Property | *Yes* | *28* | $      642,859.07 | | |
| C-Property Claimed as Exempt | *No* | *0* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $       98,874.07 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $      439,451.24 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *9* | | $    6,795,186.27 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *No* | *0* | | | $           0.00 |
| J-Current Expenditures of Individual Debtor(s) | *No* | *0* | | | $           0.00 |
| TOTAL | | 43 | $      642,859.07 | $    7,333,511.58 | |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In re *Key Turf Construction, Inc., a California Corporation*                    Case No.

Chapter    **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re *Key Turf Construction, Inc., a California Corporation*          Case No. _____
                    Debtor                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, *Michael Key* _____, *Vice President* _____ of the *Corporation* _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     _44_ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.


Date: *8/24/2011* _____          Signature  */s/ Michael Key* _____
                                           Name: *Michael Key*
                                           Title:  *Vice President*


        [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In re  *Key Turf Construction, Inc.*                                      Case No.
     *a California Corporation*                                      Chapter  *7*

_____ ,
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*WESTERN INSURANCE CO.*<br>Post Office Box 21030<br>Reno NV  89515 | Phone:<br>*WESTERN INSURANCE CO.* | | C<br>U<br>D | $ 5,739,841.86 |
| 2<br>*BONNIE KEY*<br>*2743 SARVER LANE*<br>*San Marcos CA  92069-9758* | Phone:<br>*BONNIE KEY*<br>*2743 SARVER LANE*<br>*San Marcos CA  92069-9758* | *Wages* | | $ 200,525.62 |
| 3<br>*MICHAEL KEY*<br>*2743 SARVER LANE*<br>*San Marcos CA  92069-9758* | Phone:<br>*MICHAEL KEY*<br>*2743 SARVER LANE*<br>*San Marcos CA  92069-9758* | *Wages* | | $ 200,525.62 |
| 4<br>*E G MIDDLETON INC.*<br>*2510 CROMWELL RD.*<br>*Norfolk VA  23509* | Phone:<br>*E G MIDDLETON INC.*<br>*2510 CROMWELL RD.*<br>*Norfolk VA  23509* | | | $ 178,876.00 |
| 5<br>*IMCO*<br>*2116 BUCHANAN LOOP*<br>*Ferndale WA  98248* | Phone:<br>*IMCO*<br>*2116 BUCHANAN LOOP*<br>*Ferndale WA  98248* | | | $ 150,834.76 |

B4 (Official Form 4) (12/07)

_____ ,
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>PHIL BINGLLI<br>982 TARENTO DR.<br>San Diego CA  92106 | Phone:<br>PHIL BINGLLI<br>982 TARENTO DR.<br>San Diego CA  92106 | | | $ 146,000.00 |
| 7<br>HERTZ<br>PO BOX 650280<br>Dallas TX  75265-0280 | Phone:<br>HERTZ<br>PO BOX 650280<br>Dallas TX  75265-0280 | | | $ 65,000.00 |
| 8<br>JESUS RIVAS<br>603 PITTMAN STREET<br>Escondido CA  92027 | Phone:<br>JESUS RIVAS<br>603 PITTMAN STREET<br>Escondido CA  92027 | | | $ 60,000.00 |
| 9<br>ASPHALT ROADS AND MATERIALS<br>4901 CLEVELAND ST. SUITE #2<br>Virginia Beach VA  23462 | Phone:<br>ASPHALT ROADS AND MATERIALS<br>4901 CLEVELAND ST. SUITE #2<br>Virginia Beach VA  23462 | | | $ 59,922.87 |
| 10<br>GRETCHEN KEY<br>2743 SARVER LANE<br>San Marcos CA  92069-9758 | Phone:<br>GRETCHEN KEY<br>2743 SARVER LANE<br>San Marcos CA  92069-9758 | | | $ 48,500.00 |
| 11<br>CHARTIS WORKERS COMP AUDIT<br>22427 NETWORK PLACE<br>Chicago IL  60673-1224 | Phone:<br>CHARTIS WORKERS COMP AUDIT<br>22427 NETWORK PLACE<br>Chicago IL  60673-1224 | | | $ 40,865.00 |
| 12<br>HYDROSCAPE PRODUCTS<br>5805 KERNEY VILLA RD<br>San Diego CA  92123 | Phone:<br>HYDROSCAPE PRODUCTS<br>5805 KERNEY VILLA RD<br>San Diego CA  92123 | | | $ 39,923.59 |
| 13<br>DAMUTH TRANE<br>1100 CAVALIER BLVD.<br>Chesapeake VA  23323 | Phone:<br>DAMUTH TRANE<br>1100 CAVALIER BLVD.<br>Chesapeake VA  23323 | | | $ 34,464.63 |

B4 (Official Form 4) (12/07)

_____ ,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>JESUS RIVAS<br>603 PITMAN ST<br>Escondido CA  92027 | Phone:<br>JESUS RIVAS<br>603 PITMAN ST<br>Escondido CA  92027 | Wages | | $ 32,000.00 |
| 15<br>LMS (HYDROSEEDING)<br>194 OLD SAN VITORES RD<br>Barrigada GU  96913 | Phone:<br>LMS (HYDROSEEDING)<br>194 OLD SAN VITORES RD<br>Barrigada GU  96913 | | | $ 28,314.00 |
| 16<br>ALASKA<br>PO BOX 22031<br>Greensboro NC  27420 | Phone:<br>ALASKA<br>PO BOX 22031<br>Greensboro NC  27420 | | | $ 23,539.10 |
| 17<br>SUNBELT RENTALS<br>PO BOX 409211<br>Atlanta GA  30384-9211 | Phone:<br>SUNBELT RENTALS<br>PO BOX 409211<br>Atlanta GA  30384-9211 | | | $ 19,841.52 |
| 18<br>SHELL<br>PO BOX 183109<br>Columbus OH  43218-3019 | Phone:<br>SHELL<br>PO BOX 183109<br>Columbus OH  43218-3019 | | | $ 17,442.71 |
| 19<br>BALL GOLF TURF<br>210 BENJAMIN AVE.<br>Warner Robins GA  31098 | Phone:<br>BALL GOLF TURF<br>210 BENJAMIN AVE.<br>Warner Robins GA  31098 | | | $ 14,387.24 |
| 20<br>EATON CORPORATION<br>149 WARWICK COURT<br>Williamsburg VA  23185 | Phone:<br>EATON CORPORATION<br>149 WARWICK COURT<br>Williamsburg VA  23185 | | | $ 13,356.92 |

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Michael Key* _____, *Vice President* _____ of the *Corporation* _____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *8/24/2011* _____          Signature */s/ Michael Key* _____

Name: *Michael Key*

Title: *Vice President*

**FORM B6A (Official Form 6A) (12/07)**

In re _Key Turf Construction, Inc._____ ,          Case No._____
                     Debtor(s)                                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | **TOTAL $** | _0.00_ |

No continuation sheets attached

**TOTAL $**
**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re **Key Turf Construction, Inc.**                              ,        Case No. _____
                  Debtor(s)                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *ALL AMOUNTS IN THIS SCHEDULE B ARE ESTIMATES ONLY, NOT BASED ON APPRAISALS, UNLESS OTHERWISE INDICATED.* | | $ 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *CITIBANK (GUAM)* *Checking Account #2191* *Location: Bank* | | $ 0.00 |
| | | *CITIBANK (GUAM)* *Time Deposit 000004* *Location: Bank* | | $ 1,251.51 |
| | | *CITIBANK (GUAM)* *Time Deposit 000001* *Location: Bank* | | $ 6,904.56 |
| | | *UNION BANK* *Checking Acct #7136* *Location: Bank* | | $ 4,900.00 |
| | | *UNION BANK CD* *Location: Bank* | | $ 100,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or | X | | | |

Page  __1__  of  __28__

B6B (Official Form 6B) (12/07)

In re _Key Turf Construction, Inc._ ,        Case No. _____

      Debtor(s)                                               (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| collectibles. | | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | Accounts Receivable Location: In debtor's possession | | $ 96,798.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07)

In re **Key Turf Construction, Inc.**                                    ,          Case No. _____
                                                                                              (if known)
          Debtor(s)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *T4 TRAILER*<br>*1977 DITCH WITCH*<br>*SER. NO. 5691*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane*<br>*San Marcos, CA 92069* | | $ 300.00 |
| | | *WELDING TRAILER*<br>*1986 LINCOLN WELDING TRAILER*<br>*SER. NO. CA426045*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane*<br>*San Marcos, CA 92069* | | $ 50.00 |
| | | *1986 TRAIL KING 42' TRAILER*<br>*SER. NO. 1TKAO4226FM116579*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane*<br>*San Marcos, CA 92069* | | $ 7,500.00 |
| | | *DUMP TRUCK*<br>*1994 FORD*<br>*SER. NO. 1FDPK74C6RVA40763*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane*<br>*San Marcos, CA 92069* | | $ 5,000.00 |
| | | *1FH6018 TRAILER*<br>*1995 MILLER WELDING TRAILER*<br>*SER. NO. CA778714*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane* | | $ 50.00 |

B6B (Official Form 6B) (12/07)

In re _Key Turf Construction, Inc._____,    Case No. _____
                    Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | San Marcos, CA 92069 | | |
| | | 1999 GMC DUMP TRUCK<br>1999 GMC<br>SER. NO. 1GDL7H1C2XJ513704<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 12,000.00 |
| | | SMALL TRAILER<br>2000 CHAMP<br>SER. NO. 1C9F00611YC628258<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 300.00 |
| | | BLUE STORAGE BIN<br>2000 SEA CONTAINER<br>SER. NO. 420956-8<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 500.00 |
| | | SEMI TRUCK<br>2000 VOLVO<br>SER. NO. 4V4ND1JJAYN779271<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 20,000.00 |
| | | Dodge 2001 Quad Cab Gas V8 Pickup<br>SER. NO. 3B7HC13Y31G246538<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane | | $ 2,500.00 |

B6B (Official Form 6B) (12/07)

In re _Key Turf Construction, Inc._____,    Case No. _____
                            Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | RAM QUAD PICKUP<br>2001 DODGE<br>SER. NO. 3B7KF23631G192868<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 4,700.00 |
| | | FLATBED TRAILER<br>2006 CARSON FLATBED TRAILER<br>SER. NO. 4HXHD16286C104569<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 1,000.00 |
| | | 3/4 TON UTILITY PICKUP<br>2006 CHEVY<br>SER. NO. 1GBHC29U36E197032<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 12,000.00 |
| | | 3/4 TON UTILITY PICKUP<br>2006 CHEVY<br>SER. NO. 1GBHC29U16E201854<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 12,000.00 |
| | | BOX TRAILER<br>2007 TNT TRAILER<br>SER. NO. 5WBBE12197W001901<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 350.00 |

B6B (Official Form 6B) (12/07)

In re _Key Turf Construction, Inc._ ,    Case No. _____
                    Debtor(s)                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | SMALL TRAILER<br>CHAMP<br>SER. NO. 1C9F00613YC628259<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 350.00 |
| | | CLUB CAR ELECTRIC UTILITY VEHICLE<br>Location: Andersen AFB<br>Palm Tree Golf Course<br>Guam | | $ 4,000.00 |
| | | WIRE TRAILER<br>WIRE TRAILER<br>SER. NO. 1N9ACD812M158532<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 350.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 2007 AMD SERVER COMPUTER<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 200.00 |
| | | 2007 COOLER MASTER COMPUTER<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 50.00 |
| | | 2007 COOLER MASTER COMPUTER<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 50.00 |

In re __Key Turf Construction, Inc._____ ,     Case No. _____

            Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2007 COOLER MASTER COMPUTER** Location: KTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 50.00 |
| | | **COPY MACHINE** Location: KTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 200.00 |
| | | **DESK** Location: KTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 250.00 |
| | | **DESK** Location: KTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 250.00 |
| | | **DIGITAL CAMERA** Location: KTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 75.00 |
| | | **DIGITAL CAMERA** Location: In debtor's possessionKTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 75.00 |

B6B (Official Form 6B) (12/07)

In re _Key Turf Construction, Inc._____ ,    Case No. _____
　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **FAX MACHINE** Location: KTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 100.00 |
| | | **FLAT SCREEN MONITOR** Location: KTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 100.00 |
| | | **FLAT SCREEN MONITOR** Location: KTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 100.00 |
| | | **FLAT SCREEN MONITOR** Location: KTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 100.00 |
| | | **FLAT SCREEN MONITOR** Location: In debtor's possession KTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 100.00 |
| | | **HP PAVILLIAN LAPTOP** Location: KTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 400.00 |
| | | **LASER PRINTER** Location: KTC San Marcos Equipment Storage | | $ 500.00 |

B6B (Official Form 6B) (12/07)

In re **Key Turf Construction, Inc.** ,                    Case No. _____
_____                                    (if known)
                    Debtor(s)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2743 Sarver Lane San Marcos, CA 92069 | | |
| | | OAK DESK Location: KTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 250.00 |
| | | OAK DESK W/HUTCH Location: KTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 300.00 |
| | | PHONES & MISC EQUIPMENT Location: KTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 500.00 |
| | | SCANNER PRINTER Location: KTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 250.00 |
| | | SCANNER PRINTER Location: KTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 250.00 |
| | | VARIOUS OFFICE FURNITURE Location: KTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 350.00 |

B6B (Official Form 6B) (12/07)

In re __Key Turf Construction, Inc._____ ,    Case No. _____
             Debtor(s)                                                            (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **WINDOW AIR CONDITIONER**<br>**Location: KTC San Marcos Equipment Storage**<br>**2743 Sarver Lane**<br>**San Marcos, CA 92069** | | $ 200.00 |
| **29. Machinery, fixtures, equipment and supplies used in business.** | | **6510 TRENCHER**<br>**1972 DITCH WITCH**<br>**SER NO. 654431**<br><br>**Location: KTC San Marcos Equipment Storage**<br>**2743 Sarver Lane**<br>**San Marcos, CA 92069** | | $ 1,500.00 |
| | | **6510 TRENCHER**<br>**1982 DITCH WITCH**<br>**SER. NO. 654782**<br>**Location: KTC San Marcos Equipment Storage**<br>**2743 Sarver Lane**<br>**San Marcos, CA 92069** | | $ 2,500.00 |
| | | **ACCORD DRILL STAND**<br>**1985 ACCORD DRILL STAND**<br>**SER. NO. AT-18CF**<br>**Location: KTC San Marcos Equipment Storage**<br>**2743 Sarver Lane**<br>**San Marcos, CA 92069** | | $ 100.00 |
| | | **6510 TRENCHER**<br>**1986 DITCH WITCH**<br>**SER. NO. 653979**<br>**Location: KTC San Marcos Equipment Storage**<br>**2743 Sarver Lane**<br>**San Marcos, CA 92069** | | $ 3,000.00 |
| | | **TRENCHER 4010**<br>**1987 DITCH WITCH**<br>**SER. NO. B00737**<br>**Location: KTC San Marcos Equipment Storage** | | $ 2,500.00 |

B6B (Official Form 6B) (12/07)

In re _Key Turf Construction, Inc._____ ,    Case No. _____
　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2743 Sarver Lane<br>San Marcos, CA 92069 | | |
| | | 350SX TRENCHER<br>1987 DITCH WITCH<br>SER. NO. 180181<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 1,500.00 |
| | | 12" SOD CUTTER<br>1991 CUSHMAN SOD CUTTER<br>SER. NO. 91502724<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 250.00 |
| | | 3500 TRENCHER<br>1991 DITCH WITCH<br>SER. NO. N3G01795<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 2,500.00 |
| | | 743 SKIDSTEER<br>1995 BOBCAT<br>SER. NO. 501939648<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 2,500.00 |
| | | 743 SKIDSTEER<br>1995 BOBCAT<br>SER. NO. 501943191<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 2,500.00 |

B6B (Official Form 6B) (12/07)

In re _Key Turf Construction, Inc._ _____,    Case No. _____
                    Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 215CLC TRACK HOE<br>1997 CAT<br>SER. NO. 4HG00558<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 18,000.00 |
| | | 444G LOADER<br>1997 JOHN DEERE<br>SER. NO. CK444GX002253<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 20,000.00 |
| | | 5410 TRACTOR<br>1998 JOHN DEERE<br>SER. NO. LVS410S140946<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 12,000.00 |
| | | 13-500-C TRAPRAKE<br>1998 SMITHCO<br>SER. NO. 6130<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 1,000.00 |
| | | TRA2562 TILLER<br>1999 LAND PRIDE ROTO TILLER<br>SER. NO. 248801<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 375.00 |

B6B (Official Form 6B) (12/07)

In re _Key Turf Construction, Inc._____,    Case No. _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | RD200 SPECIALTY TILLER<br>1999 ROTADAIRON TILLER<br>SER. NO. 75298<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 5,000.00 |
| | | 7610 TRENCHER<br>2000 DITCH WITCH<br>SER. NO. 5T0552<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 15,000.00 |
| | | 7610 TRENCHER<br>2000 DITCH WITCH<br>SER NO. 5NO237<br>Location: Andersen AFB<br>Palm Tree Golf Course<br>Guam | | $ 15,000.00 |
| | | 310SE BACKHOE<br>2000 JOHN DEERE<br>SER. NO. T0310SE837418<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 15,000.00 |
| | | 530 TRACTOR<br>2000 LAND TRAC<br>SER. NO. 530 I00245064724<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 5,000.00 |

B6B (Official Form 6B) (12/07)

In re *Key Turf Construction, Inc.*                                    ,        Case No. _____
                  Debtor(s)                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| | | *331 MINI EXCAVATOR (RED)* *2002 BOBCAT* *SER. NO. 232513706* *Location: KTC San Marcos Equipment Storage* *2743 Sarver Lane* *San Marcos, CA 92069* | | | $ 18,000.00 |
| | | *6X4 DIESEL GATOR* *2002 JOHN DEERE* *SER. NO. VG06X4D032144* *Location: Andersen AFB* *Palm Tree Golf Course* *Guam* | | | $ 1,000.00 |
| | | *GATOR* *2002 JOHN DEERE* *SER. NO. VGUTURF016242* *Location: KTC San Marcos Equipment Storage* *2743 Sarver Lane* *San Marcos, CA 92069* | | | $ 2,000.00 |
| | | *GATOR* *2002 JOHN DEERE* *SER. NO. VGUTURF016238* *Location: KTC San Marcos Equipment Storage* *2743 Sarver Lane* *San Marcos, CA 92069* | | | $ 2,000.00 |
| | | *SKIP LOADER* *2002 JOHN DEERE* *SER. NO. TO210LE881679* *Location: KTC San Marcos Equipment Storage* *2743 Sarver Lane* *San Marcos, CA 92069* | | | $ 15,000.00 |

B6B (Official Form 6B) (12/07)

In re *Key Turf Construction, Inc.* _____ ,   Case No. _____

Debtor(s)                                                                         (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| | | *BOBCAT 212 WIRE FEED WELDER*<br>*2002 MILLER WELDER*<br>*SER. NO. LH340437B*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane*<br>*San Marcos, CA 92069* | | | $ 1,500.00 |
| | | *331 MINI EXCAVATOR (WHITE)*<br>*2003 BOBCAT*<br>*SER. NO. 232511823*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane*<br>*San Marcos, CA 92069* | | | $ 18,000.00 |
| | | *T-190 TRACKLOADER*<br>*2004 BOBCAT*<br>*SER. NO. 527711268*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane*<br>*San Marcos, CA 92069* | | | $ 20,000.00 |
| | | *T190G CRAWLER LOADER*<br>*2004 BOBCAT*<br>*SER. NO. 527713261*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane*<br>*San Marcos, CA 92069* | | | $ 20,000.00 |
| | | *T250 SKIDSTEER*<br>*2004 BOBCAT*<br>*SER. NO. 525611598*<br>*Location: Andersen AFB*<br>*Palm Tree Golf Course*<br>*Guam* | | | $ 25,000.00 |

B6B (Official Form 6B) (12/07)

In re _Key Turf Construction, Inc._____ ,    Case No. _____
           Debtor(s)                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *210LE SKIP LOADER*<br>*2004 JOHN DEERE*<br>*SER. NO. TO210LE882752*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane*<br>*San Marcos, CA 92069* | | $ 15,000.00 |
| | | *410 G BACKHOE*<br>*2005 JOHN DEERE*<br>*SER. NO. TO410GX961577*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane*<br>*San Marcos, CA 92069* | | $ 40,000.00 |
| | | *TS GATOR*<br>*2006 JOHN DEERE*<br>*SER. NO. W04X2SD004335*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane*<br>*San Marcos, CA 92069* | | $ 2,500.00 |
| | | *AT805501 HDPE PIPE WELDER*<br>*2006 MCELROY*<br>*SER. NO. C18833*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane*<br>*San Marcos, CA 92069* | | $ 2,500.00 |
| | | *SOD CUTTER*<br>*2006 RYAN SOD CUTTER*<br>*SER. NO. 0449451-1*<br>*Location: Andersen AFB*<br>*Palm Tree Golf Course*<br>*Guam* | | $ 3,000.00 |
| | | *CHOP SAW*<br>*2007 DEWALT CHOP SAW*<br>*SER. NO. 11622* | | $ 100.00 |

B6B (Official Form 6B) (12/07)

In re _Key Turf Construction, Inc._ _____ ,      Case No. _____
                    Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | |
| | | HDPE PIPE TOOL<br>2007 FRIATEC TOPLOAD TOOL<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 400.00 |
| | | ACETELYNE TORCH<br>ACETELYNE TORCH KIT W/ BOTTLES<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 350.00 |
| | | 6' BOX SCRAPER<br>BEEGEE BOX SCRAPER<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 500.00 |
| | | 8' BEEGEE BOX SCRAPER<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 350.00 |
| | | 8' BEEGEE BOX SCRAPER<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 350.00 |
| | | 8' BEEGEE BOX SCRAPER<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane | | $ 350.00 |

B6B (Official Form 6B) (12/07)

In re _Key Turf Construction, Inc._____,        Case No. _____
                    Debtor(s)                                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | San Marcos, CA 92069 | | |
| | | 10' BOX SCRAPER<br>BEEGEE BOX SCRAPER<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 1,000.00 |
| | | LEVEL<br>BERGER TRANSIT LEVEL<br>SER. NO. 51619<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 100.00 |
| | | 753 SKIDSTEER<br>BOBCAT<br>SER. NO. 515811950<br>Location: Andersen AFB<br>Palm Tree Golf Course<br>Guam | | $ 2,500.00 |
| | | BOBCAT AUGER<br>BOBCAT AUGER<br>SER. NO. 944500520<br>Location: In debtor's possession<br>KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 350.00 |
| | | 4D10 BAND SAW<br>CAROLINA BAND SAW<br>SER. NO. 41735<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 100.00 |

B6B (Official Form 6B) (12/07)

In re **Key Turf Construction, Inc.** ,                Case No. _____

Debtor(s)                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | CP100 PRESS<br>CAROLINA PRESS<br>SER. NO. 32955<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 100.00 |
| | | 1 1/2" WATER PUMP<br>CENTRAL MACHINE WATER PUMP<br>SER. NO. 7060700231<br>Location: Andersen AFB<br>Palm Tree Golf Course<br>Guam | | Unknown |
| | | 3500W GENERATOR<br>CHICAGO GENERATOR<br>SER. NO. 188 70018575<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 300.00 |
| | | SC24180 SOD CUTTER<br>CLASSEN SOD CUTTER<br>SER. NO. 180<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 1,000.00 |
| | | Confined Space Blower w/ Hose & Case<br>Location: Andersen AFB<br>Palm Tree Golf Course<br>Guam | | $ 590.00 |
| | | GRINDER<br>DATONA ELECTRIC GRINDER | | $ 25.00 |

B6B (Official Form 6B) (12/07)

In re _Key Turf Construction, Inc._ _____ ,   Case No. _____
          Debtor(s)                                               (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | SER. NO. 4069600<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | |
| | | TABLE SAW<br>DELTA TABLE SAW<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 100.00 |
| | | COMPRESSER<br>DEWALT EMGLO COMPRESSER<br>SER. NO. 146776<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 75.00 |
| | | MIX GAS DRILL<br>ECHO DRILL<br>SER. NO. 505830<br><br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 50.00 |
| | | FS1000 FERTILIZER SPREADER<br>FERTILIZER SPREADER<br>SER. NO. 297185<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 350.00 |

B6B (Official Form 6B) (12/07)

In re _Key Turf Construction, Inc._____,          Case No. _____
               Debtor(s)                                                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 14" Gas Powered Chop Saw<br>Location: Andersen AFB<br>Palm Tree Golf Course<br>Guam | | $ 600.00 |
| | | TILE SAW<br>HUSKEY 7" TILE SAW<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 100.00 |
| | | Husky Air Compressor<br>Location: Andersen AFB<br>Palm Tree Golf Course<br>Guam | | $ 175.00 |
| | | C748A ROLLER DOUBLE SMOOTH DRUM<br>HYSTER<br>SER. NO. A213C1549P<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 1,500.00 |
| | | JOHN DEERE 2640 TRACTOR<br>SER. NO. 559410T<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 1,500.00 |
| | | 660 TILLER<br>JOHN DEERE TILLER<br>SER. NO. G1F5245<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 250.00 |

B6B (Official Form 6B) (12/07)

In re _Key Turf Construction, Inc._____,    Case No. _____

Debtor(s)    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **420GT TRACTOR**<br>*JOHN DEERE*<br>*SER. NO. T213R178713R*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane*<br>*San Marcos, CA 92069* | | $ 3,000.00 |
| | | **1200A TRAP RAKE**<br>*1998 JOHN DEERE*<br>*MO1200A929401*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane*<br>*San Marcos, CA 92069* | | $ 700.00 |
| | | **1200A TRAP RAKE**<br>*1997 JOHN DEERE*<br>*SER. NO. MO1200A928199*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane*<br>*San Marcos, CA 92069* | | $ 700.00 |
| | | **1200A TRAP RAKE**<br>*1997 JOHN DEERE*<br>*SER. NO. MO1200A928005*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane*<br>*San Marcos, CA 92069* | | $ 700.00 |
| | | **RTA 3576 TILLER**<br>*LAND PRIDE TILLER*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane*<br>*San Marcos, CA 92069* | | $ 1,000.00 |

B6B (Official Form 6B) (12/07)

In re __Key Turf Construction, Inc._____ ,    Case No. _____
                     Debtor(s)                                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | ELECTRIC WELDER (BUZZ BOX) LINCOLN WELDER Location: KTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 150.00 |
| | | WP225G7 GAS POWERED WELDER LINCOLN WELDER SER. NO. A1163693 Location: KTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 0.00 |
| | | FLOOR JACK LITTLE RED AIR FLOOR JACK SER. NO. 8198017 Location: KTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 150.00 |
| | | 600038-20 CHAIN SAW MAC CAT CHAIN SAW SER. NO. 11-044797 Location: KTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 35.00 |
| | | AIR COMPRESSOR MAGNA FORCE AIR COMPRESSOR SER. NO. 40602 Location: KTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 250.00 |

Page __23__ of __28__

In re _Key Turf Construction, Inc._                              ,    Case No. _____
                    Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *A028 PAINT SPRAYER*<br>*MAGNUM PAINT SPRAYER*<br>*SER. NO. B461208*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane*<br>*San Marcos, CA 92069* | | $ 225.00 |
| | | *Makita 5/8" Elect Hammer Drill w/case*<br>*Location: Andersen AFB*<br>*Palm Tree Golf Course*<br>*Guam* | | $ 80.00 |
| | | *DPC7311 CHOP SAW*<br>*MAKITA CHOP SAW*<br>*SER. NO. 0611-142073*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane*<br>*San Marcos, CA 92069* | | $ 300.00 |
| | | *250 NT*<br>*MILLER WELDER*<br>*SER. NO. LC339753*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane*<br>*San Marcos, CA 92069* | | $ 500.00 |
| | | *Misc Hand Tools (Shovels, bars, wrenches)*<br>*Location: Andersen AFB*<br>*Palm Tree Golf Course*<br>*Guam* | | $ 3,000.00 |
| | | *GENERATOR*<br>*ONAN GENERATOR*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane* | | $ 200.00 |

B6B (Official Form 6B) (12/07)

In re _Key Turf Construction, Inc._____,      Case No. _____
          Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | San Marcos, CA 92069 | | |
| | | OS1572 SEEDER<br>SEEDER<br>SER. NO. 285161<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 100.00 |
| | | VICE<br>PITTSBURGH SWIVEL BASE VICE<br>SER. NO. 53796<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 25.00 |
| | | RFJ-10TL FLOOR JACK<br>RANUER FLOOR JACK<br>SER. NO. 7453186<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 350.00 |
| | | PIPE VICE<br>RIDGED PIPE VICE<br>Location: Andersen AFB<br>Palm Tree Golf Course<br>Guam | | $ 150.00 |
| | | PIPE VICE<br>RIDGED PIPE VICE<br>Location: KTC San Marcos Equipment Storage<br>2743 Sarver Lane<br>San Marcos, CA 92069 | | $ 150.00 |
| | | Ridgid 6,000 Watt Generator<br>Location: Andersen AFB | | $ 950.00 |

Page  25  of  28

B6B (Official Form 6B) (12/07)

In re _Key Turf Construction, Inc._____ ,       Case No. _____
                    Debtor(s)                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | _Palm Tree Golf Course_ _Guam_ | | |
| | | _RY80030 PRESSER WASHER_ _RYOBI PRESSER WASHER_ _SER. NO. 005-2186641_ _Location: KTC San Marcos Equipment Storage_ _2743 Sarver Lane_ _San Marcos, CA 92069_ | | $ 200.00 |
| | | _SHEEPS FOOT COMPACTOR_ _Location: KTC San Marcos Equipment Storage_ _2743 Sarver Lane_ _San Marcos, CA 92069_ | | $ 100.00 |
| | | _SM108 8' BOX SCRAPER_ _SOILMOVER BOX SCRAPER_ _SER. NO. 1H7-18847_ _Location: KTC San Marcos Equipment Storage_ _2743 Sarver Lane_ _San Marcos, CA 92069_ | | $ 500.00 |
| | | _SP3084-62 PULVERIZER_ _FLAIL MOWER_ _SER. NO. 309485_ _Location: KTC San Marcos Equipment Storage_ _2743 Sarver Lane_ _San Marcos, CA 92069_ | | $ 500.00 |
| | | _LASER LEVEL_ _SPECTRA LASER_ _SER. NO. 9510_ _Location: KTC San Marcos Equipment Storage_ _2743 Sarver Lane_ _San Marcos, CA 92069_ | | $ 250.00 |

B6B (Official Form 6B) (12/07)

In re **Key Turf Construction, Inc.** ,                    Case No. _____
_____                              (if known)
            Debtor(s)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *LASER RECEIVER*<br>*SPECTRA RECEIVER*<br>*SER. NO. 1078*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane*<br>*San Marcos, CA 92069* | | $ 250.00 |
| | | *1145-1 DUAL SLOPE LASER*<br>*SPECTRA SLOPE LASER*<br>*SER. NO. 19150*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane*<br>*San Marcos, CA 92069* | | $ 1,000.00 |
| | | *501 WIRE TRACKER*<br>*TEMPO TRACKER II*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane*<br>*San Marcos, CA 92069* | | $ 100.00 |
| | | *501 WIRE TRACKER*<br>*TEMPO TRACKER II*<br>*Location: KTC San Marcos Equipment Storage*<br>*2743 Sarver Lane*<br>*San Marcos, CA 92069* | | $ 100.00 |
| | | *Wacker Diesel Compactor - ORANGE*<br>*Location: Andersen AFB*<br>*Palm Tree Golf Course*<br>*Guam* | | $ 1,100.00 |
| | | *Wacker DS70 Diesel Compactor*<br>*Location: Andersen AFB*<br>*Palm Tree Golf Course*<br>*Guam* | | $ 1,400.00 |

**B6B (Official Form 6B) (12/07)**

In re _Key Turf Construction, Inc._____,     Case No. _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Wacker DS70 Diesel Compactor Location: Andersen AFB Palm Tree Golf Course Guam | | $ 2,000.00 |
| | | VIBRATORY PLATE COMPACTOR WACKER SER. NO. CK 1313615 Location: KTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 750.00 |
| | | 1RC73 TOOL BOX WESTWARD TOOL BOX SER. NO. 269521 Location: KTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 200.00 |
| | | 1RC74 TOOL BOX WESTWARD TOOL BOX SER. NO. 222913 Location: KTC San Marcos Equipment Storage 2743 Sarver Lane San Marcos, CA 92069 | | $ 300.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __28__ of __28__

**Total ➡**　　　$ 642,859.07

**(Report total also on Summary of Schedules.)**
Include amounts from any continuation sheets attached.

B6D (Official Form 6D) (12/07)

In re Key Turf Construction, Inc._____,    Case No._____
                          **Debtor(s)**                                                        (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 1* <br> *UNION BANK OF CALIFORNIA* <br> *1980 SATURN STREET* <br> *Monterey Park CA 91755* | | *1/1/00* <br> *Non-purchase Money Security* <br> *UNION BANK CD* <br><br> Value: *$ 100,000.00* | | | | $ 98,874.07 | $ 0.00 |
| Account No: <br> *Creditor # : 2* <br> *WELLS FARGO EQUIPMENT FINANCE* <br> *1540 W. FOUNTAINHEAD PARKWAY* <br> *Tempe AZ 85282* | | *1/1/00* <br> *Purchase Money Security* <br> *VERMEER T855 TRENCHER* <br><br> Value: *$ 0.00* | | | | $ 0.00 | $ 0.00 |
| Account No: | | <br><br> Value: | | | | | |

No continuation sheets attached

|  | **Subtotal $** <br> (Total of this page) | $ 98,874.07 | $ 0.00 |
|---|---|---|---|
|  | **Total $** <br> (Use only on last page) | $ 98,874.07 | $ 0.00 |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re _Key Turf Construction, Inc._____,    Case No._____
       **Debtor(s)**                                                                   **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_    **continuation sheets attached**

Official Form 6E (04/10) - Cont.

In re Key Turf Construction, Inc. _____ ,    Case No._____
                 **Debtor(s)**                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:  *Wages, salaries, and commissions*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | | | |
| Creditor # : 1 BARRY K. JONES 9491 PORTO ROSA DR Elk Grove CA 95624 | | | Wages | | | | $ 6,400.00 | $ 6,400.00 | $ 0.00 |
| Account No: | | | | | | | | | |
| Creditor # : 2 BONNIE KEY 2743 SARVER LANE San Marcos CA 92069-9758 | | | Wages | | | | $200,525.62 | $ 11,725.00 | $188,800.62 |
| Account No: | | | | | | | | | |
| Creditor # : 3 JESUS RIVAS 603 PITMAN ST Escondido CA 92027 | | | Wages | | | | $ 32,000.00 | $ 11,725.00 | $ 20,275.00 |
| Account No: | | | | | | | | | |
| Creditor # : 4 MICHAEL KEY 2743 SARVER LANE San Marcos CA 92069-9758 | | | Wages | | | | $200,525.62 | $ 11,725.00 | $188,800.62 |
| Account No: | | | | | | | | | |
| Creditor # : 5 ROBERT LINDERMAN 2199 FLINT AVE. Escondido CA 92027 | | | Wages | | | | Unknown | $ 0.00 | |
| Account No: | | | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | 439,451.24 | 41,575.00 | 397,876.24 |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 439,451.24 | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 41,575.00 | 397,876.24 |

B6F (Official Form 6F) (12/07)

In re _Key Turf Construction, Inc._____ ,    Case No._____
    **Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   9121 | | | | | | | $ 23,539.10 |
| Creditor # : 1 ALASKA PO BOX 22031 Greensboro NC 27420 | | | TRADE CLAIM | | | | |
| Account No:   1009 | | | | | | | $ 38.00 |
| Creditor # : 2 AMERICAN EXPRESS PO BOX 0001 Los Angeles CA 90096-8000 | | | CREDIT CARD | | | | |
| Account No: | | | | | | | $ 10,902.26 |
| Creditor # : 3 AMERICAN TURF GRASS CORP. 14593 NC HWY 94 NORTH Creswell NC 27928 | | | TRADE CLAIM | | | | |
| Account No: | | | | | | | $ 59,922.87 |
| Creditor # : 4 ASPHALT ROADS AND MATERIALS 4901 CLEVELAND ST. SUITE #2 Virginia Beach VA 23462 | | | TRADE CLAIM | | | | |

_8_ continuation sheets attached

Subtotal $ | $ 94,402.23

Total $ | 

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Key Turf Construction, Inc._____ ,          Case No. _____
          **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 14,387.24 |
| Creditor # : 5 BALL GOLF TURF 210 BENJAMIN AVE. Warner Robins GA 31098 | | | TRADE CLAIM | | | | |
| Account No:  6009 | | | | | | | $ 5,429.93 |
| Creditor # : 6 CAPITAL ONE PO BOX 60599 City of Industry CA 91716-0599 | | | CREDIT CARD | | | | |
| Account No: | | | | | | | $ 40,865.00 |
| Creditor # : 7 CHARTIS WORKERS COMP AUDIT 22427 NETWORK PLACE Chicago IL 60673-1224 | | | TRADE CLAIM | | | | |
| Account No: | | | | | | | $ 10,905.00 |
| Creditor # : 8 COLORADO LINING 1062 SINGING HILLS RD. Parker CO 80138 | | | TRADE CLAIM | | | | |
| Account No: | | | | | | | $ 34,464.63 |
| Creditor # : 9 DAMUTH TRANE 1100 CAVALIER BLVD. Chesapeake VA 23323 | | | TRADE CLAIM | | | | |
| Account No: | | | | | | | Unknown |
| Creditor # : 10 DOMESTIC FUELS & LUBES PO BOX 1313 Chesapeake VA 23327 | | | TRADE CLAIM | | | | |

Sheet No. __1__ of __8__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 106,051.80

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re *Key Turf Construction, Inc.* _____ ,     Case No. _____
            **Debtor(s)**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 11<br>E G MIDDLETON INC.<br>2510 CROMWELL RD.<br>Norfolk VA 23509 | | | TRADE CLAIM | | | | $ 178,876.00 |
| Account No:<br>Creditor # : 12<br>EAST SHORE DEVELOPMENT<br>PO BOX 1129<br>Virginia Beach VA 23451 | | | TRADE CLAIM | | | | $ 3,740.00 |
| Account No:<br>Creditor # : 13<br>EASTVILLE INVESTMENTS LLC<br>PO BOX 1129<br>Virginia Beach VA 23451 | | | TRADE CLAIM | | | | $ 1,689.26 |
| Account No:<br>Creditor # : 14<br>EATON CORPORATION<br>149 WARWICK COURT<br>Williamsburg VA 23185 | | | TRADE CLAIM | | | | $ 13,356.92 |
| Account No:<br>Creditor # : 15<br>EROSION CONTROL SERVICES<br>2040 SMALLBROOKE CT.<br>Virginia Beach VA 23454 | | | TRADE CLAIM | | | | $ 1,200.00 |
| Account No:<br>Creditor # : 16<br>FAR EAST EQUIPMENT COMPANY<br>PO BOX 10838<br>Tamuning GU 96931 | | | TRADE CLAIM | | | | $ 4,525.00 |

Sheet No. _2_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                          **Subtotal $**     $ 203,387.18
                                                               **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Key Turf Construction, Inc._ _____ ,        Case No. _____
**Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 17 FLEET SERVICES INC. PO BOX 10838 Tamuning GU 96931 | | | TRADE CLAIM | | | | $ 3,546.39 |
| Account No: Creditor # : 18 GRETCHEN KEY 2743 SARVER LANE San Marcos CA 92069-9758 | | | LOAN CLAIM | | | | $ 48,500.00 |
| Account No: Creditor # : 19 GUARANTEED SUPPLY COMPANY PO BOX 36030 Greensboro NC 27416 | | | TRADE CLAIM | | | | Unknown |
| Account No: Creditor # : 20 HALSEY DESIGN GROUP 30255 AU BOPN CLIMAT COURT Bonsall CA 92003 | | | TRADE CLAIM | | | | $ 8,811.00 |
| Account No: Creditor # : 21 HAWAIIAN ROCK PRODUCTS 1402 ROUTE 15 Barrigada GU 96913 | | | TRADE CLAIM | | | | $ 4,563.53 |
| Account No: Creditor # : 22 HAWTHORNE PACIFIC CORP. 94-025 FARRINGTON HIGHWAY Waipahu HI 96797 | | | TRADE CLAIM | | | | $ 3,349.59 |

Sheet No. _3_ of _8_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 68,770.51
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Key Turf Construction, Inc._____ ,      Case No. _____
           **Debtor(s)**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 23 HERTZ PO BOX 650280 Dallas TX 75265-0280 | | | TRADE CLAIM | | | | $ 65,000.00 |
| Account No: Creditor # : 24 HYDROSCAPE PRODUCTS 5805 KERNEY VILLA RD San Diego CA 92123 | | | TRADE CLAIM | | | | $ 39,923.59 |
| Account No: Creditor # : 25 IMCO 2116 BUCHANAN LOOP Ferndale WA 98248 | | | TRADE CLAIM | | | | $ 150,834.76 |
| Account No: Creditor # : 26 JESUS RIVAS 603 PITTMAN STREET Escondido CA 92027 | | | LOAN CLAIM | | | | $ 60,000.00 |
| Account No: Creditor # : 27 JUMS CONSTRUCTION PO Box 8894 Tamuning GU 96931 | | | TRADE CLAIM | | | | $ 5,318.29 |
| Account No: Creditor # : 28 JW JEREMIAH KEY 1045 HONEYSUCKLE DR. Rancho Santa Fe CA 920678 | | | LOAN CLAIM | | | | $ 4,000.00 |

Sheet No. __4__ of __8__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 325,076.64

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Key Turf Construction, Inc._____ ,    Case No. _____
                 **Debtor(s)**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | *Unknown* |
| Creditor # : 29 *LIABILITY INSURANCE AUDIT GLOBAL INDEMNITY GROUP* | | | *INSURANCE CLAIM* | | | | |
| Account No: | | | | | | | $ 28,314.00 |
| Creditor # : 30 *LMS (HYDROSEEDING) 194 OLD SAN VITORES RD Barrigada GU 96913* | | | *TRADE CLAIM* | | | | |
| Account No: | | | | | | | $ 2,505.00 |
| Creditor # : 31 *McCALLUM TESTING LAB PO BOX 1337 Chesapeake VA 23325* | | | *TRADE CLAIM* | | | | |
| Account No: | | | | | | | $ 675.86 |
| Creditor # : 32 *MOBIL MINI PO BOX 79149 Phoenix AZ 85062-9149* | | | *CREDIT CARD* | | | | |
| Account No: | | | | | | | $ 5,799.00 |
| Creditor # : 33 *PACIFIC RIM EQUIPMENT PMB 908 SIOTE 101 Tamuning GU 96931* | | | *TRADE CLAIM* | | | | |
| Account No: | | | | | | | $ 5,397.75 |
| Creditor # : 34 *PACIFIC TRUCKING PO BOX 10838 Tamuning GU 96931* | | | *TRADE CLAIM* | | | | |

Sheet No. __5__ of __8__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                   **Subtotal $**         **$ 42,691.61**
                                                      **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Key Turf Construction, Inc._____ ,          Case No. _____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 35 PHIL BINGLLI 982 TARENTO DR. San Diego CA 92106 | | | *LOAN CLAIM* | | | | $ 146,000.00 |
| **Account No:** Creditor # : 36 REACTION CO. PO Box 22917 GMF Barrigada GU 96921 | | | *TRADE CLAIM* | | | | $ 9,650.00 |
| **Account No:** Creditor # : 37 SHELL PO BOX 183109 Columbus OH 43218-3019 | | | *CREDIT CARD* | | | | $ 17,442.71 |
| **Account No:** Creditor # : 38 SHORE PAVING LLC PO BOX 1129 Virginia Beach VA 23451 | | | *TRADE CLAIM* | | | | $ 750.00 |
| **Account No:** Creditor # : 39 SMITHBRIDGE PO BOX 11700 Yigo GU 96929 | | | *TRADE CLAIM* | | | | $ 3,815.44 |
| **Account No:** Creditor # : 40 SPIVY RENTALS INC. PO BOX 6677 Chesapeake VA 23323 | | | *TRADE CLAIM* | | | | $ 3,012.99 |

Sheet No. __6__ of __8__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 180,671.14

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re Key Turf Construction, Inc. _____ ,          Case No. _____
          **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 41 SUNBELT RENTALS PO BOX 409211 Atlanta GA 30384-9211 | | | *TRADE CLAIM* | | | | $ 19,841.52 |
| Account No: Creditor # : 42 TCS MATERIALS INC. PO BOX 34821 Alexandria VA 22334-0821 | | | *TRADE CLAIM* | | | | $ 9,896.06 |
| Account No: Creditor # : 43 THOMAS DEVEREAUX | | | *EMPLOYEE CLAIM* | | | X | *Unknown* |
| Account No: Creditor # : 44 VERIZON WIRELESS PO BOX 660108 Dallas TX 75266-0108 | | | *UTILITY CLAIM* | | | | *Unknown* |
| Account No: Creditor # : 45 VULCAN MATERIALS PO BOX 4239 Winston Salem NC 27115-4239 | | | *TRADE CLAIM* | | | | $ 4,555.72 |
| Account No: Creditor # : 46 WESTERN INSURANCE CO. Post Office Box 21030 Reno NV 89515 | | | *LOAN CLAIM* | X | X | X | $ 5,739,841.86 |

Sheet No. _7_ of __8__ continuation sheets attached to Schedule of          Subtotal $          $ 5,774,135.16
Creditors Holding Unsecured Nonpriority Claims                                        Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Key Turf Construction, Inc._____ ,    Case No._____
                 **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 47 WHITLOCK BROTHERS NORFOLK 5588 RABY ROAD Norfolk VA 23502* | | | *TRADE CLAIM* | | | | *Unknown* |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _8_ of _8_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    *$ 0.00*

Total $    *$ 6,795,186.27*

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re *Key Turf Construction, Inc.* _____ / Debtor    Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *MWR – U.S. Navy*<br>*CNIC Attn: Stan Roland*<br>*5720 Integrity Dr, Bldg 457*<br>*Millington TN  38055* | Contract Type:*Government contract*<br>Terms:*$1,756,654.30; OF WHICH $1,593,028.31 COMPLETED*<br>Beginning date:<br>Debtor's Interest:*Agent*<br>Description: *SEA MIST RV PARK*<br><br>Buyout Option:<br>Government Contract:*NAVMWR-08-C-0012* |
| *SOUTH GULF INC.*<br>*811 S. DEPOT STREET*<br>*Bonifay FL   32425* | Contract Type:*Government contract*<br>Terms:*$1,742,500.00; OF WHICH $1,003,690.18 COMPLETED*<br>Beginning date:<br>Debtor's Interest:*Agent*<br>Description: *GOLF COURSE IRRIGATION*<br>               *ANDERSON AFB, GUAM*<br>Buyout Option:<br>Government Contract:*FA5240-09-C-0009* |
| *SOUTH GULF INC.*<br>*811 S. DEPOT STREET*<br>*Bonifay FL   32425* | Contract Type:*Government contract*<br>Terms:*$2,283,187.50; OF WHICH $281,539.50 COMPLETED*<br>Beginning date:<br>Debtor's Interest:*Agent*<br>Description: *SANTA ROSA PIPELINES*<br>               *ANDERSON AFB, GUAM*<br>Buyout Option:<br>Government Contract:*FA5240-09-C-0016/09-0900* |

**B6H (Official Form 6H) (12/07)**

In re _Key Turf Construction, Inc._ _____ / Debtor       Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

Form 7 (04/10)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In re: **Key Turf Construction, Inc.,**
    **a California Corporation**

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT             SOURCE

**Year to date: Unknown**
  **Last Year: YE 9/30/10 -**
**$891,273.00**
**Year before: YE 9/30/09 –**
**$1,261,889.00**

**Amounts listed per Income Tax Returns.**

**Gross receipts per the financial statements for the years ending 9/30/09 and 9/30/10 were $405,169 and $2,348,354 respectively. The financial statements were prepared in accordance with generally accepted accounting principals.**

---

### 2. Income other than from employment or operation of business

None ☐    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Form 7 (04/10)

| AMOUNT | SOURCE |
|---|---|
| *Year to date: $55,000* | *CASCADES PARK PROPERTIES* |
| *Last Year:* | *6/26/11 SETTLEMENT PAYMENT* |
| *Year before:* | |

---

### 3. Payments to creditors

None ☒   Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☐   b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor: WELLS FARGO EQUIPMENT FINANCE* <br> *Address: 1540 W. FOUNTAINHEAD PARKWAY* <br> *Tempe, AZ 85282* | *July 14, 2011* | *$135,000.00* <br> *Paid directly to Wells Fargo (secured creditor) by International Consolidated Contracting, LLC (Purchaser of collateral) to pay down secured debt.* | *$0.00* |

*SEE ALSO ATTACHED CHECK REGISTER FOR PAST 90 DAYS*

---

None ☐   c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor: MICHAEL KEY* <br> *Address:  2743 SARVER LANE* <br> *San Marcos, CA 92069-9758* <br> *Relationship: OWNER* | *6/10/11* | *$5,000.00* | *$200,525.62* |

| Creditor: MICHAEL KEY<br>Address: 2743 SARVER LANE<br>San Marcos, CA 92069-9758<br>Relationship: OWNER | 6/17/11 | $5,000 | $200,525.62 |
| Creditor: MICHAEL KEY<br>Address: 2743 SARVER LANE<br>San Marcos, CA 92069-9758<br>Relationship: OWNER | 7/08/11 | $2,000 | $200,525.62 |
| Creditor: MICHAEL KEY<br>Address: 2743 SARVER LANE<br>San Marcos, CA 92069-9758<br>Relationship: OWNER | 7/15/11 | $2,000 | $200,525.62 |
| Creditor: BONNIE KEY<br>Address: 2743 SARVER LANE<br>San Marcos, CA 92069-9758<br>Relationship: OWNER | 6/10/11 | $5,000 | $200,525.62 |
| Creditor: BONNIE KEY<br>Address: 2743 SARVER LANE<br>San Marcos, CA 92069-9758<br>Relationship: OWNER | 6/17/11 | $5,000 | $200,525.62 |
| Creditor: BONNIE KEY<br>Address: 2743 SARVER LANE<br>San Marcos, CA 92069-9758<br>Relationship: OWNER | 7/08/11 | $1,200 | $200,525.62 |
| Creditor: BONNIE KEY<br>Address: 2743 SARVER LANE<br>San Marcos, CA 92069-9758<br>Relationship: OWNER | 7/15/11 | $1,200 | $200,525.62 |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| DEVEREAUX, THOMAS W v. KEY TURF CONSTRUCTION INC, KEY MICHAEL, CASE NO. 201100052666 | CIVIL | SAN DIEGO COUNTY SUPERIOR COURT - NORTH COUNTY | Filing Date: 03/21/2011 First Amended Complaint filed July 7, 2011; Hearing to be held in September. |
| KEY TURF CONSTRUCTION INC. | CIVIL | LOS ANGELES COUNTY SUPERIOR COURT - | Filing Date: 03/11/2009; |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *v. CASCADES PARK PROPERTIES LLC; SOUTHWEST GROWERS & LANDSCAPE, CASE NO. PC 44861* | | *SAN FERNANDO* | *SETTLED & PAID - $55,000 TO KEYTURF CONSTRUCTION, INC. ON  6/26/2011* |

---

None ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition  is  not  filed.)

---

### 5. Repossessions, foreclosures and returns

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

---

### 6. Assignments and receiverships

None ☐    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not  filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| *Name:  International Consolidated Contracting, LLC, Don Harper Address: Guam* | *July 14, 2011* | *Sold Vermeer T855 Trencher to International Consolidated Contracting, LLC for $135,000.00, which was paid directly to Wells Fargo Equipment Finance.* |

---

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

---

### 7. Gifts

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Payee: SULLIVAN HILL LEWIN REZ & ENGEL**<br>**Address:**<br>**550 W. C STREET, SUITE 1500**<br>**SAN DIEGO, CA 92101** | **Date of Payment: 8/2011**<br>**Payor: Key Turf Construction, Inc.** | **$13,000.00** |

## 10. Other transfers

None ☐  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Transferee: WELLS FARGO EQUIPMENT FINANCE**<br>**Address: 1540 W. FOUNTAINHEAD PARKWAY**<br>**Tempe, AZ 85282**<br>**Relationship:** | **7/2011** | **Property: Vermeer Trencher**<br>**Value: $135,000.00** |

None ☒  b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☒  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☒  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☒  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☒    List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☒    If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☒    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

None ☒    For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☒    a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses       in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses       in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

---

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☒

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None    a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of
☐       books of account and records of the debtor.

NAME AND ADDRESS                                                                    DATES SERVICES RENDERED

*Name: Bonnie Key, Bookkeeper*                                                      *Dates: 1973 to*
*Address: 2743 SARVER LANE*                                                         *present*
*San Marcos CA 92069-9758*

---

*Name: AKT LLP, Accountants*                                                        *Dates: 1987 to*
*Address:  312 S. Juniper St., Escondido, CA 92025*                                 *present*

---

None    b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records,
☐       or prepared a financial statement of the debtor.

NAME                              ADDRESS                          DATES SERVICES RENDERED

*AKT LLP*                         *312 S. Juniper St.,*            *Dates: 1987 to*
                                  *Escondido, CA 92025*            *present*

---

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If
☐       any of the books of account and records are not available, explain.

NAME                              ADDRESS

*Name: Bonnie Key*               *2743 SARVER LANE*
                                 *SAN MARCOS, CA 92069-9758*

None ☒   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

### 20. Inventories

None ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☒   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| *Name: Bonnie Key* <br> *Address: 2743 Sarver Lane* <br> *San Marcos, CA 92069* | *President* | *50%* |
| *Name: Michael Key* <br> *Address: 2743 Sarver Lane* <br> *San Marcos, CA 92069* | *Vice President* | *50%* |

---

### 22. Former partners, officers, directors and shareholders

None ☒   a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☒   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

### 23. Withdrawals from a partnership or distribution by a corporation

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Name: Michael Key<br>Address: 2743 Sarver Lane<br>San Marcos, CA 92069<br>Relation: Owner | Date: 6/10/11; 6/17/11;<br>7/08/11; 7/15/11<br>Purpose: Compensation | Amount: $14,000 (Aggregate) |
| Name: Bonnie Key<br>Address: 2743 Sarver Lane<br>San Marcos, CA 92069<br>Relation: Owner | Date: 4/02/11; 6/10/11;<br>6/17/11;<br>7/08/11; 7/15/11<br>Purpose: Compensation | Amount: $12,400 (Aggregate) |
| Name: Bonnie Key<br>Address: 2743 Sarver Lane<br>San Marcos, CA 92069<br>Relation: Owner | Date: 8/1/2010 through<br>8/31/2011<br>Purpose: Stockholder Loan<br>Reimbursment & Petty Cash | Amount: $62,959.28<br>(Aggregate) |

---

**24. Tax Consolidation Group.**

None ☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

---

**25. Pension Funds.**

None ☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date   8/24/2011

Signature   /s/ Michael Key

Michael Key                    Vice President
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §§ 152 and 3571.*

```
Date: 08/23/2011                    *** V E N D O R   C H E C K   R E G I S T E R ***          Report Code: 38.85
Time: 06:41:50 AM                        (Sorted by Check #)                                   Page:      1
Company No.  2  KEY TURF CONSTRUCTION INC
Printing: All Vendors  All Checks
           Check Dates Between 08/01/11 and 08/23/11
```

| BNK | CHECK NO. | CHECK AMOUNT | RECON | BANK PAID | OUTSTANDING | CHECK DATE | JOURN | FISCAL PERIOD | JNT | VENDOR PAYEE | DIR DEPOSIT |
|---|---|---|---|---|---|---|---|---|---|---|---|

Bank #:  1  Union Bank

| BNK | CHECK NO. | CHECK AMOUNT | CHECK DATE | JOURN | FISCAL PERIOD | VENDOR PAYEE |
|---|---|---|---|---|---|---|
| 1 | 7411 | 3000.00 | 08/02/11 | AP310 | 11 2010 | CARLIN CARLIN LAW GROUP APC |
| 1 | 7412 | 1000.00 | 08/02/11 | AP310 | 11 2010 | SULLIV SULLIVAN HILL LAW GROUP |
| 1 | 7413 | 3200.00 | 08/02/11 | AP310 | 11 2010 | CASH* CASH |
| 1 | 7414 | 13749.32 | 08/02/11 | AP310 | 11 2010 | JOHNDE JOHN DEERE CREDIT |
| 1 | 7415 | 655.97 | 08/03/11 | AP310 | 11 2010 | WASTEM WASTE MANAGEMENT OF ORANGE |
| 1 | 7416 | 592.11 | 08/04/11 | AP310 | 11 2010 | WASTEM WASTE MANAGEMENT OF ORANGE |
| 1 | 7417 | 2000.00 | 08/08/11 | AP310 | 11 2010 | SULLIV SULLIVAN HILL LAW GROUP |
| 1 | 7418 | 124.93 | 08/19/11 | AP310 | 11 2010 | LEWIS LEWIS & LEWIS |
| ** | | | | | | |
| 1 | 8799 | 34.54 | 08/01/11 | CD774 | 11 2010 | UNOCAL UNOCAL 76 |
| ** | | | | | | |
| 1 | 12271 | 1700.94 | 08/02/11 | CD767 | 11 2010 | ALLID ALLIED INSURANCE |
| 1 | 12272 | 101.02 | 08/02/11 | CD767 | 11 2010 | AT&T AT&T |
| 1 | 12273 | 49.04 | 08/02/11 | CD767 | 11 2010 | BOBLIN BOB LINDERMAN |
| 1 | 12274 | 108.28 | 08/02/11 | CD767 | 11 2010 | CHEVRO CHEVRON |
| 1 | 12275 | 224.00 | 08/02/11 | CD767 | 11 2010 | DMV DEPARTMENT OF MOTOR VEHICLE |
| 1* | 12275 | -224.00 | 08/02/11 | CD768 | 11 2010 | DMV DEPARTMENT OF MOTOR VEHICLE |
| 1 | 12276 | 1004.22 | 08/02/11 | CD767 | 11 2010 | FIRSTI FIRST INSURANCE FUNDING COR |
| 1 | 12277 | 47.33 | 08/02/11 | CD767 | 11 2010 | GOLDEN TIRE EMPORIUM INC |
| 1 | 12278 | 575.00 | 08/02/11 | CD767 | 11 2010 | HCC HCC SURETY GROUP |
| 1 | 12279 | 2000.00 | 08/02/11 | CD767 | 11 2010 | PHILBI PHIL BINGGLI |
| 1 | 12280 | 340.20 | 08/02/11 | CD767 | 11 2010 | SPIVY2 SPIVEY RENTALS INC |
| 1 | 12281 | 272.82 | 08/02/11 | CD767 | 11 2010 | UNIONB UNION BANK |
| 1 | 12282 | 18.00 | 08/02/11 | CD769 | 11 2010 | DMV DEPARTMENT OF MOTOR VEHICLE |
| 1 | 12283 | 98.41 | 08/09/11 | CD770 | 11 2010 | AT&T AT&T |
| 1 | 12284 | 278.88 | 08/09/11 | CD770 | 11 2010 | DISCOV DISCOVER |
| 1 | 12285 | 69.00 | 08/09/11 | CD770 | 11 2010 | FERREL FERRELLGAS |
| 1 | 12286 | 198.02 | 08/09/11 | CD770 | 11 2010 | VALLEC VALLECITOS WATER DISTRICT |
| 1 | 12287 | 199.34 | 08/10/11 | CD771 | 11 2010 | AMSOD AM-SOD |
| 1 | 12288 | 296.00 | 08/10/11 | CD771 | 11 2010 | CHARTI CHARTIS |
| 1 | 12289 | 20.94 | 08/10/11 | CD771 | 11 2010 | FEDEX FEDERAL EXPRESS |
| 1 | 12290 | 732.17 | 08/10/11 | CD771 | 11 2010 | SDGE SAN DIEGO GAS & ELECTRIC |
| ** | | | | | | |
| 1 | 13441 | 4008.92 | 08/01/11 | AP318 | 11 2010 | PRTXFE PAYROLL TAX FEDERAL |
| ** | | | | | | |
| 1 | 26985 | 12.00 | 08/01/11 | AP319 | 11 2010 | UNIONB UNION BANK |
| ** | | | | | | |
| 1 | 52440 | 500.00 | 08/01/11 | AP319 | 11 2010 | SHELL SHELL |
| ** | | | | | | |
| 1 | 80111 | 20.00 | 08/01/11 | AP319 | 11 2010 | PRTX PAYROLL TAX INSTATAX FAXED |
| ** | | | | | | |
| 1 | 80376 | 345.00 | 08/11/11 | CD774 | 11 2010 | BOFA BANK OF AMERICA |
| ** | | | | | | |
| 1 | 81889 | 320.00 | 08/11/11 | CD774 | 11 2010 | BOFA BANK OF AMERICA |
| ** | | | | | | |
| 1 | 83342 | 182.00 | 08/01/11 | CD774 | 11 2010 | CAPONE CAPITAL ONE SERVICES |

Company No.  2  KEY TURF CONSTRUCTION INC
Printing: All Vendors  All Checks
         Check Dates Between 08/01/11 and 08/23/11

| BNK | CHECK NO. | CHECK AMOUNT | RECON | BANK PAID | OUTSTANDING | CHECK DATE | JOURN | FISCAL PERIOD | JNT PAYEE | VENDOR | | DIR DEPOSIT |
|-----|-----------|--------------|-------|-----------|-------------|------------|-------|---------------|-----------|--------|--|-------------|

Bank #:  1  Union Bank      (continued)

**

|  | 1 | 85575 | 316.00 | ____ _____.___ _____.___ | 08/01/11 | CD774 | 11 | 2010 | WORLDP | WORLD POINTS |
|--|---|-------|--------|------------------------------|----------|-------|----|------|--------|--------------|

**

|  | 1 | 86009 | 164.00 | ____ _____.___ _____.___ | 08/01/11 | CD774 | 11 | 2010 | CAP*1 | CAPITAL ONE |

**

|  | 1 | 89121 | 600.00 | ____ _____.___ _____.___ | 08/01/11 | CD774 | 11 | 2010 | ALASKA | ALASKA B OF A |

**

|  | 1 | 800001 | 1061.52 | ____ _____.___ _____.___ | 08/17/11 | CD774 | 11 | 2010 | VERIZO | VERIZON |

**

|  | 1 | 841009 | 1703.80 | ____ _____.___ _____.___ | 08/01/11 | CD774 | 11 | 2010 | AMEX | AMERICAN EXPRESS |

---

                 41,699.72  (Bank Total)

---

                 41,699.72  (Grand Total)

Direct Deposit Legend:  Pending = Check was assigned and posted to Open Payables file but not yet added to the ACH Batch file.
                        Batch   = Check has been added to ACH Batch file but has not yet been posted to the History file.
                        History = Check has been added to ACH Batch file and posted to History file (generally, this is done
                                  after the check Batch file has been uploaded to the bank) .

```
Date: 08/23/2011              *** V E N D O R   C H E C K   R E G I S T E R ***       Report Code: 38.85
Time: 07:10:04 AM                       (Sorted by Check #)                           Page:       1
Company No.  2  KEY TURF CONSTRUCTION INC
Printing: All Vendors  All Checks
         Check Dates Between 07/01/11 and 07/31/11
=================================================================================================================
BNK  CHECK   CHECK    RECON  BANK PAID   OUTSTANDING    CHECK    JOURN  FISCAL  JNT  VENDOR                  DIR
     NO.     AMOUNT                                     DATE            PERIOD PAYEE                         DEPOSIT
=================================================================================================================

Bank #:  1  Union Bank

  1   7404      6.04  ____  _____.___  _____.___  07/05/11 AP309  10 2010      EDD    EMPLOYMENT DEVELOPMENT DEPT
  1   7405   1173.66  ____  _____.___  _____.___  07/05/11 AP309  10 2010      VA EMP VIRGINIA EMPLOYMENT COMMISS
  1   7406    564.17  ____  _____.___  _____.___  07/08/11 AP309  10 2010      GRETCH GRETCHEN KEY
  1   7407   1390.00  ____  Petty Cash    _____.___  07/13/11 AP309  10 2010      JESUSR JESUS RIVAS
  1   7408    800.00  ____  LOAN PAYMENT .___           07/13/11 AP309  10 2010      JESUSR JESUS RIVAS
  1   7409    183.47  ____  _____.___  _____.___  07/20/11 AP309  10 2010      COSTCO COSTCO WHOLESALE MEMBERSHIP
  1   7410    221.39  ____  _____.___  _____.___  07/25/11 AP309  10 2010      GRETCH GRETCHEN KEY
 **

  1   7440    800.00  ____  _____.___  _____.___  07/06/11 CD773  10 2010      SHELL  SHELL
 **

  1   8440   1060.21  ____  Posting Error .___          07/17/11 AP321  10 2010      SHELL  SHELL
  1*  8440    500.00  ____  Mov.E payment _____.___  07/17/11 CD774  11 2010      SHELL  SHELL
  1*  8440  -1560.21  ____  of 500°° To Aug.            07/17/11 CD775  10 2010      SHELL  SHELL
 **

  1  11824    805.09  ____  _____.___  _____.___  07/27/11 AP315  10 2010      PRTXFE PAYROLL TAX FEDERAL
 **

  1  11835      3.19  ____  _____.___  _____.___  07/27/11 AP315  10 2010      PRTXFE PAYROLL TAX FEDERAL
 **

  1  11852     44.64  ____  _____.___  _____.___  07/27/11 AP315  10 2010      PRTXCA PAYROLL TAX CA EDD
 **

  1  11871    104.02  ____  _____.___  _____.___  07/27/11 AP315  10 2010      PRTXCA PAYROLL TAX CA EDD
 **

  1  12257     98.51  ____  _____.___  _____.___  07/15/11 CD765  10 2010      AT&T   AT&T
  1  12258     53.90  ____  _____.___  _____.___  07/15/11 CD765  10 2010      EDCO   EDCO
  1  12259    616.45  ____  _____.___  _____.___  07/15/11 CD765  10 2010      FIRSTI FIRST INSURANCE FUNDING COR
  1  12260    268.77  ____  _____.___  _____.___  07/15/11 CD765  10 2010      GILLBA GILL AND BALDWIN, PC
  1  12261   1448.55  ____  _____.___  _____.___  07/15/11 CD765  10 2010      JOHNDE JOHN DEERE CREDIT
  1  12262   1000.00  ____  _____.___  _____.___  07/15/11 CD765  10 2010      JW     JEREMY KEY
  1  12263   2000.00  ____  _____.___  _____.___  07/15/11 CD765  10 2010      PHILBI PHIL BINGGLI
  1  12264    480.70  ____  _____.___  _____.___  07/15/11 CD765  10 2010      SDGE   SAN DIEGO GAS & ELECTRIC
  1  12265    265.30  ____  _____.___  _____.___  07/15/11 CD765  10 2010      UNIONB UNION BANK
  1  12266    156.46  ____  _____.___  _____.___  07/15/11 CD765  10 2010      VALLEC VALLECITOS WATER DISTRICT
  1  12267   3500.00  ____  _____.___  _____.___  07/15/11 CD766  10 2010      GRETCH GRETCHEN KEY
 **

  1  32824   1119.46  ____  _____.___  _____.___  07/15/11 AP315  10 2010      PRTXFE PAYROLL TAX FEDERAL
 **

  1  32834      5.76  ____  _____.___  _____.___  07/15/11 AP315  10 2010      PRTXFE PAYROLL TAX FEDERAL
 **

  1  32851     44.64  ____  _____.___  _____.___  07/15/11 AP315  10 2010      PRTXCA PAYROLL TAX CA EDD
 **

  1  32862    155.67  ____  _____.___  _____.___  07/15/11 AP315  10 2010      PRTXCA PAYROLL TAX CA EDD
 **

  1  34574    265.30  ____  _____.___  _____.___  07/05/11 AP315  10 2010      UBCL   UNION BANK OF CALIFORNIA
 **

  1  50209     40.00  ____  _____.___  _____.___  07/01/11 AP315  10 2010      PRTX   PAYROLL TAX INSTATAX FAXED
```

```
Date: 08/23/2011              *** V E N D O R   C H E C K   R E G I S T E R ***      Report Code: 38.85
Time: 07:10:04 AM                         (Sorted by Check #)                              Page:    2
Company No.  2 KEY TURF CONSTRUCTION INC
Printing: All Vendors All Checks
        Check Dates Between 07/01/11 and 07/31/11
```

| BNK | CHECK NO. | CHECK AMOUNT | RECON | BANK PAID | OUTSTANDING | CHECK DATE | JOURN | FISCAL PERIOD | JNT PAYEE | VENDOR | | DIR DEPOSIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Bank #:  1  Union Bank     (continued)

** 

| 1 | 70376 | 369.00 | ____ | _____.___ | _____.___ | 07/14/11 | CD773 | 10 2010 | | BOFA | BANK OF AMERICA | |
| ** | | | | | | | | | | | | |
| 1 | 71889 | 1589.00 | ____ | _____.___ | _____.___ | 07/06/11 | CD773 | 10 2010 | | BOFA | BANK OF AMERICA | |
| ** | | | | | | | | | | | | |
| 1 | 72818 | 1098.73 | ____ | _____.___ | _____.___ | 07/06/11 | CD773 | 10 2010 | | SEARS | SEARS | |
| ** | | | | | | | | | | | | |
| 1 | 76009 | 522.00 | ____ | _____.___ | _____.___ | 07/06/11 | CD773 | 10 2010 | | CAP*1 | CAPITAL ONE | |
| ** | | | | | | | | | | | | |
| 1 | 79121 | 500.00 | ____ | _____.___ | _____.___ | 07/14/11 | CD773 | 10 2010 | | ALASKA | ALASKA B OF A | |
| ** | | | | | | | | | | | | |
| 1 | 79990 | 60.52 | ____ | _____.___ | _____.___ | 07/14/11 | CD773 | 10 2010 | | CHEVRO | CHEVRON | |
| ** | | | | | | | | | | | | |
| 1 | 95316 | 937.81 | ____ | _____.___ | _____.___ | 07/06/11 | AP320 | 10 2010 | | VERIZO | VERIZON | |
| ** | | | | | | | | | | | | |
| 1 | 741009 | 113.05 | ____ | _____.___ | _____.___ | 07/14/11 | CD773 | 10 2010 | | AMEX | AMERICAN EXPRESS | |

---

```
         22,805.25  (Bank Total)
```

---

```
         22,805.25  (Grand Total)
```

Direct Deposit Legend:  Pending = Check was assigned and posted to Open Payables file but not yet added to the ACH Batch file.
                        Batch   = Check has been added to ACH Batch file but has not yet been posted to the History file.
                        History = Check has been added to ACH Batch file and posted to History file (generally, this is done
                                  after the check Batch file has been uploaded to the bank) .

```
Date: 08/23/2011                    *** V E N D O R   C H E C K   R E G I S T E R ***          Report Code: 38.85
Time: 07:51:13 AM                                   (Sorted by Check #)                                Page:    1
Company No.  2 KEY TURF CONSTRUCTION INC
Printing: All Vendors  Check # 7380 thru 641009
          Check Dates Between 06/01/11 and 06/30/11
```

| BNK | CHECK NO. | CHECK AMOUNT | RECON | BANK PAID | OUTSTANDING | CHECK DATE | JOURN | FISCAL PERIOD | JNT PAYEE | VENDOR | DIR DEPOSIT |
|-----|-----------|--------------|-------|-----------|-------------|------------|-------|---------------|-----------|--------|-------------|

Bank #:  1  Union Bank

| BNK | CHECK NO. | CHECK AMOUNT | RECON | BANK PAID | OUTSTANDING | CHECK DATE | JOURN | FISCAL PERIOD | VENDOR | |
|-----|-----------|--------------|-------|-----------|-------------|------------|-------|---------------|--------|---|
| 1 | 7380 | 2500.00 | ____ | _____.___ | _____.___ | 06/07/11 | AP308 | 9 2010 | CARLIN | CARLIN LAW GROUP APC |
| 1 | 7381 | 2500.00 | ____ | _____.___ | _____.___ | 06/07/11 | AP308 | 9 2010 | SULLIV | SULLIVAN HILL LAW GROUP |
| 1 | 7382 | 120.00 | ____ | _____.___ | _____.___ | 06/07/11 | AP308 | 9 2010 | DMV | DEPARTMENT OF MOTOR VEHICLE |
| 1 | 7383 | 76.54 | ____ | _____.___ | _____.___ | 06/10/11 | AP308 | 9 2010 | CAAPPC | CALIFORNIA APPRENTICE COUNC |
| 1 | 7384 | 2508.36 | ____ | _____.___ | _____.___ | 06/10/11 | AP308 | 9 2010 | BJ | BONNIE KEY |
| 1 | 7385 | 5000.00 | ____ | _____.___ | _____.___ | 06/14/11 | AP308 | 9 2010 | SULLIV | SULLIVAN HILL LAW GROUP |
| 1 | 7386 | 2500.00 | ____ | _____.___ | _____.___ | 06/14/11 | AP308 | 9 2010 | CARLIN | CARLIN LAW GROUP APC |
| 1 | 7387 | 171.79 | ____ | _____.___ | _____.___ | 06/14/11 | AP308 | 9 2010 | GRETCH | GRETCHEN KEY |
| 1 | 7388 | 1911.63 | ____ | _____.___ | _____.___ | 06/14/11 | AP308 | 9 2010 | CITIBL | CITIBANK CREDIT CARD |
| 1 | 7389 | 144.94 | ____ | _____.___ | _____.___ | 06/14/11 | AP308 | 9 2010 | CITIBL | CITIBANK CREDIT CARD |
| 1 | 7390 | 132.00 | ____ | _____.___ | _____.___ | 06/15/11 | AP308 | 9 2010 | POSTMA | POSTMASTER |
| 1 | 7391 | 367.00 | ____ | _____.___ | _____.___ | 06/15/11 | AP308 | 9 2010 | BOBLIN | BOB LINDERMAN |
| 1 | 7392 | 50.68 | ____ | _____.___ | _____.___ | 06/16/11 | AP308 | 9 2010 | CAAPPC | CALIFORNIA APPRENTICE COUNC |
| 1 | 7393 | 91.98 | ____ | _____.___ | _____.___ | 06/17/11 | AP308 | 9 2010 | GRETCH | GRETCHEN KEY |
| 1 | 7394 | 325.38 | ____ | _____.___ | _____.___ | 06/17/11 | AP308 | 9 2010 | JESUSR | JESUS RIVAS |
| 1 | 7395 | 93.26 | ____ | _____.___ | _____.___ | 06/20/11 | AP308 | 9 2010 | CASH* | CASH |
| 1 | 7396 | 341.22 | ____ | _____.___ | _____.___ | 06/21/11 | AP308 | 9 2010 | VA EMP | VIRGINIA EMPLOYMENT COMMISS |
| ** | | | | | | | | | | |
| 1 | 7399 | 154.41 | ____ | _____.___ | _____.___ | 06/21/11 | AP308 | 9 2010 | GRETCH | GRETCHEN KEY |
| 1 | 7400 | 500.00 | ____ | _____.___ | _____.___ | 06/21/11 | AP308 | 9 2010 | GRETCH | GRETCHEN KEY |
| 1 | 7401 | 1131.18 | ____ | _____.___ | _____.___ | 06/22/11 | AP308 | 9 2010 | BJ | BONNIE KEY |
| 1 | 7402 | 65.18 | ____ | _____.___ | _____.___ | 06/29/11 | AP308 | 9 2010 | CAAPPC | CALIFORNIA APPRENTICE COUNC |
| 1 | 7403 | 1246.25 | ____ | _____.___ | _____.___ | 06/29/11 | AP308 | 9 2010 | SUPER | SUPERIOR READY MIX CONCRETE |
| ** | | | | | | | | | | |
| 1 | 12177 | 133.92 | ____ | _____.___ | _____.___ | 06/10/11 | CD754 | 9 2010 | DOMEST | DOMESTIC FUELS + LUBES INC |
| 1 | 12178 | 15.76 | ____ | _____.___ | _____.___ | 06/10/11 | CD754 | 9 2010 | THEWAT | THE WATER HOLE INC |
| ** | | | | | | | | | | |
| 1 | 12200 | 5183.61 | ____ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | AKT | AKT LLP |
| 1 | 12201 | 777.58 | ____ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | AT&T | AT&T |
| 1 | 12202 | 3913.37 | ____ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | CATACC | CATERPILLAR ACCESSACCOUNT |
| 1 | 12203 | 6197.00 | ____ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | CHARTI | CHARTIS |
| 1 | 12204 | 100.00 | ____ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | CMCI | CMCI |
| 1 | 12205 | 432.53 | ____ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | CONCOM | CONSTRUCTION PARTNER INC |
| 1 | 12206 | 271.87 | ____ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | FEDEX | FEDERAL EXPRESS |
| 1 | 12207 | 604.21 | ____ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | FERREL | FERRELLGAS |
| 1 | 12208 | 25.00 | ____ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | FIRESE | FIRE SERVICES INC |
| 1 | 12209 | 3677.11 | ____ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | FIRSTI | FIRST INSURANCE FUNDING COR |
| 1* | 12209 | -3677.11 | ____ | _____.___ | _____.___ | 06/15/11 | CD759 | 9 2010 | FIRSTI | FIRST INSURANCE FUNDING COR |
| 1 | 12210 | 1972.78 | ____ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | FRONTI | FRONTIER SUPPLY COMPANY |
| 1 | 12211 | 1000.00 | ____ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | GRETCH | GRETCHEN KEY |
| 1 | 12212 | 700.40 | ____ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | GUARA | GUARANTEED SUPPLY COMPANY |
| 1 | 12213 | 577.05 | ____ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | HIGHTE | HIGH TECH IRRIGATION |
| 1 | 12214 | 551.00 | ____ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | INTERN | INTERNATIONAL FACILITIES IN |
| 1 | 12215 | 5000.00 | ____ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | JESUSR | JESUS RIVAS |
| 1 | 12216 | 1000.00 | ____ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | JW | JEREMY KEY |

```
Date: 08/23/2011              *** V E N D O R   C H E C K   R E G I S T E R ***        Report Code: 38.85
Time: 07:51:13 AM                        (Sorted by Check #)                           Page:    2
Company No.  2  KEY TURF CONSTRUCTION INC
Printing: All Vendors  Check # 7380 thru 641009
          Check Dates Between 06/01/11 and 06/30/11
================================================================================================================
BNK  CHECK    CHECK      RECON  BANK PAID   OUTSTANDING     CHECK    JOURN  FISCAL  JNT   VENDOR                      DIR
     NO.      AMOUNT                                        DATE            PERIOD PAYEE                              DEPOSIT
================================================================================================================
```

Bank #:  1  Union Bank     (continued)

| BNK | CHECK NO. | CHECK AMOUNT | RECON | BANK PAID | OUTSTANDING | CHECK DATE | JOURN | FISCAL PERIOD | JNT PAYEE | VENDOR | |
|-----|-----------|--------------|-------|-----------|-------------|------------|-------|---------------|-----------|--------|--|
| 1* | 12216 | -1000.00 | ___ | _____.___ | _____.___ | 06/15/11 | CD757 | 9 2010 | | JW | JEREMY KEY |
| 1 | 12217 | 2236.62 | ___ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | | MOBILE | MOBILE MINI |
| 1 | 12218 | 104.92 | ___ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | | NEFF | NEFF RENTAL INC |
| 1 | 12219 | 489.81 | ___ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | | NIVEL | NIVEL PARTS & MFG CO LLC |
| 1 | 12220 | 5447.00 | ___ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | | OCHS | OCHS OIL COMPANY |
| 1 | 12221 | 1350.00 | ___ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | | RCMI | RCMI |
| 1 | 12222 | 3763.26 | ___ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | | SDCTAX | SAN DIEGO COUNTY TAX COLLEC |
| 1 | 12223 | 914.88 | ___ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | | SDGE | SAN DIEGO GAS & ELECTRIC |
| 1 | 12224 | 4433.70 | ___ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | | SUPER | SUPERIOR READY MIX CONCRETE |
| 1 | 12225 | 587.25 | ___ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | | TURFST | TURF STAR INC |
| 1 | 12226 | 531.40 | ___ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | | UNIONB | UNION BANK |
| 1 | 12227 | 196.06 | ___ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | | VALLEC | VALLECITOS WATER DISTRICT |
| 1 | 12228 | 4678.59 | ___ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | | WATERR | WATERRIDGE INSURANCE SERVIC |
| 1 | 12229 | 1003.70 | ___ | _____.___ | _____.___ | 06/15/11 | CD756 | 9 2010 | | WHITLO | WHITLOCK BROTHERS INC |
| ** | | | | | | | | | | | |
| 1 | 12231 | 1000.00 | ___ | _____.___ | _____.___ | 06/15/11 | CD758 | 9 2010 | | JW | JEREMY KEY |
| 1 | 12232 | 2752.98 | ___ | _____.___ | _____.___ | 06/15/11 | CD760 | 9 2010 | | EWING | EWING |
| 1 | 12233 | 1567.41 | ___ | _____.___ | _____.___ | 06/15/11 | CD760 | 9 2010 | | FIRSTI | FIRST INSURANCE FUNDING COR |
| 1 | 12234 | 958.33 | ___ | _____.___ | _____.___ | 06/15/11 | CD760 | 9 2010 | | JESUSR | JESUS RIVAS |
| ** | | | | | | | | | | | |
| 1 | 12243 | 49.87 | ___ | _____.___ | _____.___ | 06/27/11 | CD763 | 9 2010 | | AKT | AKT LLP |
| 1 | 12244 | 1863.17 | ___ | _____.___ | _____.___ | 06/27/11 | CD763 | 9 2010 | | ALLID | ALLIED INSURANCE |
| 1 | 12245 | 14.27 | ___ | _____.___ | _____.___ | 06/27/11 | CD763 | 9 2010 | | FEDEX | FEDERAL EXPRESS |
| 1 | 12246 | 1158.00 | ___ | _____.___ | _____.___ | 06/27/11 | CD763 | 9 2010 | | GILLBA | GILL AND BALDWIN, PC |
| 1 | 12247 | 4345.65 | ___ | _____.___ | _____.___ | 06/27/11 | CD763 | 9 2010 | | JOHNDE | JOHN DEERE CREDIT |
| 1 | 12248 | 2000.00 | ___ | _____.___ | _____.___ | 06/27/11 | CD763 | 9 2010 | | PHILBI | PHIL BINGGLI |
| 1 | 12249 | 5030.09 | ___ | _____.___ | _____.___ | 06/27/11 | CD763 | 9 2010 | | SUPER | SUPERIOR READY MIX CONCRETE |
| 1 | 12250 | 7.88 | ___ | _____.___ | _____.___ | 06/27/11 | CD763 | 9 2010 | | THEWAT | THE WATER HOLE INC |
| 1 | 12251 | 9040.50 | ___ | _____.___ | _____.___ | 06/27/11 | CD763 | 9 2010 | | WCTURF | WEST COAST TURF |
| 1 | 12252 | 1004.22 | ___ | _____.___ | _____.___ | 06/27/11 | CD764 | 9 2010 | | FIRSTI | FIRST INSURANCE FUNDING COR |
| ** | | | | | | | | | | | |
| 1 | 14207 | 562.12 | ___ | _____.___ | _____.___ | 06/29/11 | AP312 | 9 2010 | | PRTXFE | PAYROLL TAX FEDERAL |
| ** | | | | | | | | | | | |
| 1 | 14225 | 5.76 | ___ | _____.___ | _____.___ | 06/29/11 | AP312 | 9 2010 | | PRTXFE | PAYROLL TAX FEDERAL |
| ** | | | | | | | | | | | |
| 1 | 14237 | 44.64 | ___ | _____.___ | _____.___ | 06/29/11 | AP312 | 9 2010 | | PRTXCA | PAYROLL TAX CA EDD |
| ** | | | | | | | | | | | |
| 1 | 14254 | 99.60 | ___ | _____.___ | _____.___ | 06/29/11 | AP312 | 9 2010 | | PRTXCA | PAYROLL TAX CA EDD |
| ** | | | | | | | | | | | |
| 1 | 22997 | 562.12 | ___ | _____.___ | _____.___ | 06/30/11 | AP312 | 9 2010 | | PRTXFE | PAYROLL TAX FEDERAL |
| ** | | | | | | | | | | | |
| 1 | 23010 | 5.76 | ___ | _____.___ | _____.___ | 06/30/11 | AP312 | 9 2010 | | PRTXFE | PAYROLL TAX FEDERAL |
| ** | | | | | | | | | | | |
| 1 | 23021 | 44.64 | ___ | _____.___ | _____.___ | 06/30/11 | AP312 | 9 2010 | | PRTXCA | PAYROLL TAX CA EDD |
| ** | | | | | | | | | | | |
| 1 | 23036 | 99.60 | ___ | _____.___ | _____.___ | 06/30/11 | AP312 | 9 2010 | | PRTXCA | PAYROLL TAX CA EDD |

```
Date: 08/23/2011                  *** V E N D O R   C H E C K   R E G I S T E R ***              Report Code: 38.85
Time: 07:51:13 AM                         (Sorted by Check #)                                    Page:        3
Company No.  2 KEY TURF CONSTRUCTION INC
Printing: All Vendors  Check # 7380 thru 641009
          Check Dates Between 06/01/11 and 06/30/11
=============================================================================================================================
BNK  CHECK    CHECK     RECON  BANK PAID    OUTSTANDING       CHECK  JOURN  FISCAL  JNT  VENDOR                          DIR
     NO.      AMOUNT                                          DATE          PERIOD PAYEE                              DEPOSIT
=============================================================================================================================
Bank #:  1  Union Bank     (continued)

**
  1  23316       604.45 _____ _____.___ _____.___   06/17/11 AP312  9 2010     PRTXCA PAYROLL TAX CA EDD
**
  1  33429       274.39 _____ _____.___ _____.___   06/06/11 AP312  9 2010     UBCL   UNION BANK OF CALIFORNIA
**
  1  53262      3956.07 _____ _____.___ _____.___   06/17/11 AP312  9 2010     PRTXFE PAYROLL TAX FEDERAL
**
  1  53281        18.48 _____ _____.___ _____.___   06/17/11 AP312  9 2010     PRTXFE PAYROLL TAX FEDERAL
**
  1  53298       140.18 _____ _____.___ _____.___   06/17/11 AP312  9 2010     PRTXCA PAYROLL TAX CA EDD
**
  1  56183      4981.68 _____ _____.___ _____.___   06/21/11 AP312  9 2010     PRTXFE PAYROLL TAX FEDERAL
**
  1  56196       112.00 _____ _____.___ _____.___   06/21/11 AP312  9 2010     PRTXFE PAYROLL TAX FEDERAL
**
  1  56214       868.00 _____ _____.___ _____.___   06/21/11 AP312  9 2010     PRTXCA PAYROLL TAX CA EDD
**
  1  56234       785.32 _____ _____.___ _____.___   06/21/11 AP312  9 2010     PRTXCA PAYROLL TAX CA EDD
**
  1  56496        12.00 _____ _____.___ _____.___   06/22/11 AP312  9 2010     UNIONB UNION BANK
**
  1  60001       819.39 _____ _____.___ _____.___   06/15/11 CD772  9 2010     VERIZO VERIZON
**
  1  60376       775.00 _____ _____.___ _____.___   06/15/11 CD772  9 2010     BOFA   BANK OF AMERICA
**
  1  61889       359.00 _____ _____.___ _____.___   06/15/11 CD772  9 2010     BOFA   BANK OF AMERICA
**
  1  62818       352.17 _____ _____.___ _____.___   06/15/11 CD772  9 2010     SEARS  SEARS
**
  1  62969       322.49 _____ _____.___ _____.___   06/08/11 CD772  9 2010     HOMEDE HOME DEPOT
**
  1  63342       138.00 _____ _____.___ _____.___   06/10/11 CD772  9 2010     CAPONE CAPITAL ONE SERVICES
**
  1  65575       346.00 _____ _____.___ _____.___   06/15/11 CD772  9 2010     WORLDP WORLD POINTS
**
  1  66009       327.00 _____ _____.___ _____.___   06/10/11 CD772  9 2010     CAP*1  CAPITAL ONE
**
  1  86205       108.28 _____ _____.___ _____.___   06/15/11 AP322  9 2010     CHEVRO CHEVRON
**
  1  94105        35.00 _____ _____.___ _____.___   06/01/11 AP312  9 2010     PRTX   PAYROLL TAX INSTATAX FAXED
**
  1 641009      1704.77 _____ _____.___ _____.___   06/13/11 CD772  9 2010     AMEX   AMERICAN EXPRESS
-----------------------------------------------------------------------------------------------------------------------------
        124,381.35  (Bank Total)
-----------------------------------------------------------------------------------------------------------------------------
```

```
Date: 08/23/2011                    *** V E N D O R   C H E C K   R E G I S T E R ***          Report Code: 38.85
Time: 07:51:13 AM                              (Sorted by Check #)                                    Page:    4
Company No.  2  KEY TURF CONSTRUCTION INC
Printing: All Vendors  Check # 7380 thru 641009
          Check Dates Between 06/01/11 and 06/30/11

===============================================================================================================
BNK  CHECK    CHECK    RECON   BANK PAID   OUTSTANDING      CHECK   JOURN  FISCAL  JNT   VENDOR            DIR
      NO.    AMOUNT                                         DATE           PERIOD  PAYEE                 DEPOSIT
===============================================================================================================

     124,381.35  (Grand Total)
```

Direct Deposit Legend:  Pending = Check was assigned and posted to Open Payables file but not yet added to the ACH Batch file.
                        Batch   = Check has been added to ACH Batch file but has not yet been posted to the History file.
                        History = Check has been added to ACH Batch file and posted to History file (generally, this is done
                                  after the check Batch file has been uploaded to the bank) .

Date: 08/22/2011                    \*\*\* P A Y R O L L   C H E C K   R E G I S T E R  \*\*\*                    Report Code: 48.79
Time: 07:54:29 PM                                                                                                      Page:    1
Company No.  2  KEY TURF CONSTRUCTION INC
Printing: All Employees  All Checks
            Pay Check Dates Between 07/01/11 and 07/30/11

===================================================================================================================================

| CHECK NO. | CHECK $ (D/D $) | D/D CODE | RECON | BANK PAID | OUTSTANDING | CHECK DATE | PER END DATE | CALENDAR Q/YEAR | FISCAL PER/YR | ST | EMPLOYEE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12253 | 1053.79 | | ____ | ____.___ | ____.___ | 07/11/11 | 07/08/11 | 3 2011 | 10 2010 | CA | KEY177 BONNIE KEY |
| 12254 | 552.36 | | ____ | ____.___ | ____.___ | 07/11/11 | 07/08/11 | 3 2011 | 10 2010 | CA | KEY181 GRETCHEN KEY |
| 12255 | 1704.62 | | ____ | ____.___ | ____.___ | 07/11/11 | 07/08/11 | 3 2011 | 10 2010 | CA | KEY185 MICHAEL KEY |
| 12256 | 1141.08 | | ____ | ____.___ | ____.___ | 07/11/11 | 07/08/11 | 3 2011 | 10 2010 | CA | LIN244 ROBERT S LINDERMAN |
| \*\* | | | | | | | | | | | |
| 12268 | 1053.79 | | ____ | ____.___ | ____.___ | 07/22/11 | 07/15/11 | 3 2011 | 10 2010 | CA | KEY177 BONNIE KEY |
| 12269 | 552.36 | | ____ | ____.___ | ____.___ | 07/22/11 | 07/15/11 | 3 2011 | 10 2010 | CA | KEY181 GRETCHEN KEY |
| 12270 | 1704.62 | | ____ | ____.___ | ____.___ | 07/22/11 | 07/15/11 | 3 2011 | 10 2010 | CA | KEY185 MICHAEL KEY |

-----------------------------------------------------------------------------------------------------------------------------------

      7,762.62 (Grand Total Checks)

Date: 08/22/2011      \*\*\* P A Y R O L L   C H E C K   R E G I S T E R \*\*\*       Report Code: 48.79
Time: 07:53:49 PM       Page:    1
Company No.  2  KEY TURF CONSTRUCTION INC
Printing: All Employees  All Checks
      Pay Check Dates Between 06/01/11 and 06/30/11

| CHECK NO. | CHECK $ (D/D $) | D/D CODE | RECON | BANK PAID | OUTSTANDING | CHECK DATE | PER END DATE | CALENDAR Q/YEAR | FISCAL PER/YR | ST | EMPLOYEE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12179 | 1481.29 | | ____ | ____.____ | ____.____ | 06/13/11 | 05/06/11 | 2 2011 | 8 2010 | CA | CAS094 FIDEL CASILLAS |
| \*\* | | | | | | | | | | | |
| 12186 | 184.06 | | ____ | ____.____ | ____.____ | 06/02/11 | 05/27/11 | 2 2011 | 9 2010 | CA | ARA187 DANIEL ARANDA |
| 12187 | 735.03 | | ____ | ____.____ | ____.____ | 06/02/11 | 05/27/11 | 2 2011 | 9 2010 | CA | CAS094 FIDEL CASILLAS |
| 12188 | 1206.00 | | ____ | ____.____ | ____.____ | 06/02/11 | 05/27/11 | 2 2011 | 9 2010 | CA | LIN244 ROBERT S LINDERMAN |
| 12189 | 543.68 | | ____ | ____.____ | ____.____ | 06/02/11 | 05/27/11 | 2 2011 | 9 2010 | CA | NAV084 ARTURO NAVA MEJIA |
| 12190 | 543.68 | | ____ | ____.____ | ____.____ | 06/02/11 | 05/27/11 | 2 2011 | 9 2010 | CA | NAV086 MANUEL NAVA MEJIA |
| 12191 | 592.79 | | ____ | ____.____ | ____.____ | 06/10/11 | 06/03/11 | 2 2011 | 9 2010 | CA | ARA187 DANIEL ARANDA |
| 12192 | 735.03 | | ____ | ____.____ | ____.____ | 06/10/11 | 06/03/11 | 2 2011 | 9 2010 | CA | CAS094 FIDEL CASILLAS |
| 12193 | 552.36 | | ____ | ____.____ | ____.____ | 06/10/11 | 06/03/11 | 2 2011 | 9 2010 | CA | KEY181 GRETCHEN KEY |
| 12194 | 1206.00 | | ____ | ____.____ | ____.____ | 06/10/11 | 06/03/11 | 2 2011 | 9 2010 | CA | LIN244 ROBERT S LINDERMAN |
| 12195 | 636.81 | | ____ | ____.____ | ____.____ | 06/10/11 | 06/03/11 | 2 2011 | 9 2010 | CA | NAV084 ARTURO NAVA MEJIA |
| 12196 | 636.81 | | ____ | ____.____ | ____.____ | 06/10/11 | 06/03/11 | 2 2011 | 9 2010 | CA | NAV086 MANUEL NAVA MEJIA |
| 12197 | 410.22 | | ____ | ____.____ | ____.____ | 06/17/11 | 06/10/11 | 2 2011 | 9 2010 | CA | CAS094 FIDEL CASILLAS |
| 12198 | 552.36 | | ____ | ____.____ | ____.____ | 06/17/11 | 06/10/11 | 2 2011 | 9 2010 | CA | KEY181 GRETCHEN KEY |
| 12199 | 1220.36 | | ____ | ____.____ | ____.____ | 06/17/11 | 06/10/11 | 2 2011 | 9 2010 | CA | LIN244 ROBERT S LINDERMAN |
| \*\* | | | | | | | | | | | |
| 12235 | 3940.00 | | ____ | ____.____ | ____.____ | 06/15/11 | 06/10/11 | 2 2011 | 9 2010 | CA | KEY177 BONNIE KEY |
| 12236 | 3940.00 | | ____ | ____.____ | ____.____ | 06/15/11 | 06/10/11 | 2 2011 | 9 2010 | CA | KEY185 MICHAEL KEY |
| 12237 | 3940.00 | | ____ | ____.____ | ____.____ | 06/15/11 | 06/17/11 | 2 2011 | 9 2010 | CA | KEY177 BONNIE KEY |
| 12238 | 3940.00 | | ____ | ____.____ | ____.____ | 06/15/11 | 06/17/11 | 2 2011 | 9 2010 | CA | KEY185 MICHAEL KEY |
| 12239 | 1283.40 | | ____ | ____.____ | ____.____ | 06/24/11 | 06/17/11 | 2 2011 | 9 2010 | CA | JON334 BARRY K JONES |
| 12240 | 552.36 | | ____ | ____.____ | ____.____ | 06/24/11 | 06/17/11 | 2 2011 | 9 2010 | CA | KEY181 GRETCHEN KEY |
| 12241 | 1283.40 | | ____ | ____.____ | ____.____ | 06/30/11 | 06/24/11 | 2 2011 | 9 2010 | CA | JON334 BARRY K JONES |
| 12242 | 552.36 | | ____ | ____.____ | ____.____ | 06/30/11 | 06/24/11 | 2 2011 | 9 2010 | CA | KEY181 GRETCHEN KEY |

    30,668.00 (Grand Total Checks)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In re *Key Turf Construction, Inc., a California Corporation*

Case No.
Chapter **7**

_____ / Debtor

Attorney for Debtor:  *CHRISTOPHER V. HAWKINS*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____*13,000.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . $ _____*13,000.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $ _____*0.00*

3.  $ _____*299.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
    *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
    *None*

Dated:  *8/24/2011*                     Respectfully submitted,

                    X */s/ CHRISTOPHER V. HAWKINS* _____
Attorney for Petitioner: *CHRISTOPHER V. HAWKINS*
                    *SULLIVAN HILL LEWIN REZ & ENGEL*
                    *550 W. C STREET, SUITE 1500*
                    *San Diego CA  92101*

                    *(619)233-4100*

CHRISTOPHER V. HAWKINS
SULLIVAN HILL LEWIN REZ & ENGEL
550 W. C STREET, SUITE 1500
San Diego, CA  92101
(619)233-4100
CA SBN 222961

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In re *Key Turf Construction, Inc.,*
   *a California Corporation*

Case No.
Chapter  7

_____ / Debtor

Attorney for Debtor:  **CHRISTOPHER V. HAWKINS**

## VERIFICATION OF CREDITOR MATRIX

**Part I**  (check and complete one):

☒  New petition filed. Creditor diskette required.

          TOTAL NO. OF CREDITORS <u>38</u>

☐  Conversion filed on: _____

    ☐  Former Chapter 13 converting.  Creditor diskette required

    ☐  Post-petition creditors added.  Scannable matrix required.

    ☐  There are no post-peition creditors.  No matrix required.

          TOTAL NO. OF CREDITORS _____

☐  Amendment or Balance of Schedules filed concurrently with this original scanable matrix affectiing Schedule of Debts and/or Schedule of Equity Security Holders.

    ☐  Names and addresses are being ADDED.

    ☐  Names and addresses are being DELETED.

    ☐  Names and addresses are being CORRECTED.

**Part II**  (check one):

☒  The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my (our) knowledge.

☐  The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date:  <u>8/24/2011</u>

<u>/s/ Michael Key</u>
Debtor:

ALASKA
PO BOX 22031
Greensboro, NC  27420


AMERICAN EXPRESS
PO BOX 0001
Los Angeles, CA  90096-8000


AMERICAN TURF GRASS CORP.
14593 NC HWY 94 NORTH
Creswell, NC  27928


ASPHALT ROADS AND MATERIALS
4901 CLEVELAND ST. SUITE #2
Virginia Beach, VA  23462


BALL GOLF TURF
210 BENJAMIN AVE.
Warner Robins, GA  31098


BARRY K. JONES
9491 PORTO ROSA DR
Elk Grove, CA  95624


BONNIE KEY
2743 SARVER LANE
San Marcos, CA  92069-9758


CAPITAL ONE
PO BOX 60599
City of Industry, CA  91716-05

CHARTIS WORKERS COMP AUDIT
22427 NETWORK PLACE
Chicago, IL  60673-1224


COLORADO LINING
1062 SINGING HILLS RD.
Parker, CO  80138


DAMUTH TRANE
1100 CAVALIER BLVD.
Chesapeake, VA  23323


DOMESTIC FUELS & LUBES
PO BOX 1313
Chesapeake, VA  23327


E G MIDDLETON INC.
2510 CROMWELL RD.
Norfolk, VA  23509


EAST SHORE DEVELOPMENT
PO BOX 1129
Virginia Beach, VA  23451


EASTVILLE INVESTMENTS LLC
PO BOX 1129
Virginia Beach, VA  23451


EATON CORPORATION
149 WARWICK COURT
Williamsburg, VA  23185

EROSION CONTROL SERVICES
2040 SMALLBROOKE CT.
Virginia Beach, VA   23454


FAR EAST EQUIPMENT COMPANY
PO BOX 10838
Tamuning, GU   96931


FLEET SERVICES INC.
PO BOX 10838
Tamuning, GU   96931


GRETCHEN KEY
2743 SARVER LANE
San Marcos, CA   92069-9758


GUARANTEED SUPPLY COMPANY
PO BOX 36030
Greensboro, NC   27416


HALSEY DESIGN GROUP
30255 AU BOPN CLIMAT COURT
Bonsall, CA   92003


HAWAIIAN ROCK PRODUCTS
1402 ROUTE 15
Barrigada, GU   96913


HAWTHORNE PACIFIC CORP.
94-025 FARRINGTON HIGHWAY
Waipahu, HI   96797

HERTZ
PO BOX 650280
Dallas, TX  75265-0280


HYDROSCAPE PRODUCTS
5805 KERNEY VILLA RD
San Diego, CA  92123


IMCO
2116 BUCHANAN LOOP
Ferndale, WA  98248


JESUS RIVAS
603 PITTMAN STREET
Escondido, CA  92027


JESUS RIVAS
603 PITMAN ST
Escondido, CA  92027


JUMS CONSTRUCTION
PO Box 8894
Tamuning, GU  96931


JW JEREMIAH KEY
1045 HONEYSUCKLE DR.
Rancho Santa Fe, CA  920678


LIABILITY INSURANCE AUDIT
GLOBAL INDEMNITY GROUP


LMS (HYDROSEEDING)
194 OLD SAN VITORES RD
Barrigada, GU  96913

McCALLUM TESTING LAB
PO BOX 1337
Chesapeake, VA  23325


MICHAEL KEY
2743 SARVER LANE
San Marcos, CA  92069-9758


MOBIL MINI
PO BOX 79149
Phoenix, AZ  85062-9149


PACIFIC RIM EQUIPMENT
PMB 908 SIOTE 101
Tamuning, GU  96931


PACIFIC TRUCKING
PO BOX 10838
Tamuning, GU  96931


PHIL BINGLLI
982 TARENTO DR.
San Diego, CA  92106


REACTION CO.
PO Box 22917 GMF
Barrigada, GU  96921


ROBERT LINDERMAN
2199 FLINT AVE.
Escondido, CA  92027

SHELL
PO BOX 183109
Columbus, OH  43218-3019


SHORE PAVING LLC
PO BOX 1129
Virginia Beach, VA  23451


SMITHBRIDGE
PO BOX 11700
Yigo, GU  96929


SPIVY RENTALS INC.
PO BOX 6677
Chesapeake, VA  23323


SUNBELT RENTALS
PO BOX 409211
Atlanta, GA  30384-9211


TCS MATERIALS INC.
PO BOX 34821
Alexandria, VA  22334-0821


THOMAS DEVEREAUX


UNION BANK OF CALIFORNIA
1980 SATURN STREET
Monterey Park, CA  91755


VERIZON WIRELESS
PO BOX 660108
Dallas, TX  75266-0108

```
VULCAN MATERIALS
PO BOX 4239
Winston Salem, NC  27115-4239


WELLS FARGO EQUIPMENT FINANCE
1540 W. FOUNTAINHEAD PARKWAY
Tempe, AZ  85282


WESTERN INSURANCE CO.
Post Office Box 21030
Reno, NV  89515


WESTERN INSURANCE CO.


WHITLOCK BROTHERS NORFOLK
5588 RABY ROAD
Norfolk, VA  23502
```